# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Toy,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Theranos Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-16-02138-PHX-GMS<br><br>**ORDER** |
| R.C., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Theranos, Inc., et al.,<br><br>　　　　Defendants. | No. CV-16-02373-PHX-SPL |

　　　Pending before this Court is a Motion to Transfer (Doc. 13), filed by Plaintiff in Case No. CV-16-02373-PHX-SPL.  After review and consideration,

　　　**IT IS HEREBY ORDERED** denying the Motion to Transfer.

　　　Dated this 1st day of August, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　　　　　　United States District Judge