NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Toy,<br><br>    Plaintiff,<br><br>v.<br><br>Theranos Incorporated, *et al.*,<br><br>    Defendants. | No. CV-16-02138-PHX-JJT<br>No. CV-16-02660-PHX-ROS<br>No. CV-16-02775-PHX-DLR<br><br>**ORDER** |

IT IS ORDERED that the Clerk of Court shall transfer the following civil actions to the Honorable H. Russel Holland for all further proceedings: Toy v. Theranos, Inc., *et al.* (CV-16-02138-PHX-JJT); L.T. v. Theranos, Inc., *et al.* (CV-16-02660-PHX-ROS); and B.P., *et al.* v. Theranos, Inc., *et al.* (CV-16-02775-PHX-DLR). Judge Holland will determine whether any or all three transferred cases shall be consolidated with R.C. v. Theranos, Inc., *et al*. (CV-16-02373-PHX-HRH).

IT IS FURTHER ORDERED that the parties shall now refer to the cases by the following numbers:

Toy v. Theranos, Inc., *et al.* -- CV-16-02138-PHX-HRH

L.T. v. Theranos, Inc., *et al.* -- CV-16-02660-PHX-HRH

B.P., *et al.* v. Theranos, Inc., *et al.* -- CV-16-02775-PHX-HRH

Dated this 6th day of October, 2016.

Honorable John J. Tuchi
United States District Judge