Sean Eskovitz (Admitted *Pro Hac Vice*)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Kieran Gostin (Admitted *Pro Hac Vice*)
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4031
Facsimile: (202) 847-4005
kgostin@wilkinsonwalsh.com

*Counsel for Defendant Theranos, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>Arizona THERANOS, INC., Litigation | No. 2:16-cv-2138-HRH<br>(Consolidated with<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-HRH<br>– and –<br>No. 2:16-cv-3599-HRH)<br><br>***EX PARTE* APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CONSENT** |

Pursuant to L.R. Civ. 83.3(b), it is hereby requested that the Court enter an Order substituting Chris Casamassima, Michael Mugmon, Matthew Benedetto, and Katie Moran of the law firm Wilmer Cutler Pickering Hale and Dorr LLP as counsel of record for Theranos, Inc. in place and instead of Sean Eskovitz and Kieran Gostin of the law firm Wilkinson Walsh + Eskovitz LLP.  It is further requested that Sean Eskovitz and Kieran Gostin be withdrawn as counsel of record for Theranos in this matter.  Theranos consents to this motion, as indicated by the client representative signature below.

There will be no delay or prejudice suffered by any party as a result of this substitution. Chris Casamassima, Michael Mugmon, Matthew Benedetto, and Katie Moran of Wilmer Cutler Pickering Hale and Dorr LLP, who have been admitted *pro hac vice*, will immediately assume representation of Theranos upon substitution in this matter.

Pursuant to L.R. Civ. 83.3(b), counsel states that the client's name, last known address, and last known telephone number are:

> Theranos, Inc.
> Attn: David Taylor
> 1701 Page Mill Road
> Palo Alto, CA 94304
> (650) 838-9292

DATED this 5th day of April, 2017.

By: */s/* Sean Eskovitz
Sean Eskovitz (Admitted *Pro Hac Vice*)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
seskovitz@wilkinsonwalsh.com

Kieran Gostin (Admitted *Pro Hac Vice*)
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4031
Facsimile: (202) 847-4005
kgostin@wilkinsonwalsh.com

*Counsel for Defendant Theranos, Inc.*

/s/ *David Taylor*
David Taylor

*Representative for Defendant Theranos, Inc.*

### **CERTIFICATE OF SERVICE**

  I hereby certify that on April 5, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

         By: /s/ Sean Eskovitz
            Sean Eskovitz