IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

In re
Arizona THERANOS, INC., Litigation          v.        Case No.   2:16-cv-2138-HRH
                                                       (Consolidated with
                                                       No. 2:16-cv-2373-HRH
                                                       No. 2:16-cv-2660-HRH
JUDGE H. RUSSEL HOLLAND                                 No. 2:16-cv-2775-HRH
                                                       – and –
                                                       No. 2:16-cv-3599-HRH)


PROCEEDINGS:    ORDER FROM CHAMBERS

═══════════════════════════════════════════════════════════════════


        The *Consent Motion to Enlarge Page Limit*,[1] filed April 18, 2017, is granted.  The

page limit for the memorandum accompanying plaintiffs' consolidated opposition to

defendants' motions to dismiss is enlarged to 60 pages.

                            ═══════════════════════


────────────────────────────────────────────────────────────────

        [1]Docket No. 129.

Order from Chambers – Enlargement of Page Limit                              - 1 -