IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

In re
Arizona THERANOS, INC., Litigation          v.          Case No.   2:16-cv-2138-HRH
                                                                    (Consolidated with
                                                                    No. 2:16-cv-2373-HRH
                                                                    No. 2:16-cv-2660-HRH
JUDGE H. RUSSEL HOLLAND                                              No. 2:16-cv-2775-HRH
                                                                    – and –
                                                                    No. 2:16-cv-3599-HRH)


PROCEEDINGS:    ORDER FROM CHAMBERS


Defendant Theranos' *Application for Substitution of Counsel*,[1] filed April 5, 2017,

is granted.  Chris Casamassima, Michael Mugmon, Matthew Benedetto, and Katie

Moran, of the law firm Wilmer Cutler Pickering Hale and Dorr, LLP, are substituted as

counsel of record for Theranos, Inc., in the place and stead of Sean Eskovitz and Kieran

Gostin, of the law firm Wilkinson Walsh + Eskovitz, LLP, who are withdrawn as counsel

of record for Theranos in this matter.

---

[1]Docket No. 128.