Lynn Lincoln Sarko (*Pro hac vice*)
T. David Copley (SBN 009952)
Gretchen Freeman Cappio (*Pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com
Email: dcopley@kellerrohrback.com
Email: gcappio@kellerrohrback.com

Michael W. Sobol *(Pro hac vice)*
Roger N. Heller *Pro hac vice)*
Melissa Gardner *(Pro hac vice)*
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com

*Interim Co-Lead Plaintiffs' Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC., Litigation | **No. 2:16-cv-2138-HRH**<br>**(Consolidated with)**<br>**No. 2:16-cv-2373-HRH**<br>**No. 2:16-cv-2660-HRH**<br>**No. 2:16-cv-2775-HJH**<br>**-and-**<br>**No. 2:16-cv-3599-HRH**<br><br>**PLAINTIFF R.C. NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1 | Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff R.C., by and through his undersigned counsel, hereby voluntarily dismisses his claims in the above-entitled action without prejudice.  The Defendants in this case have not served an answer or a motion for summary judgment in this action.

RESPECTFULLY SUBMITTED this 2nd day of May, 2018.

> By: *s/ T. David Copley*
> T. David Copley (SBN 009952)
> KELLER ROHRBACK L.L.P.
> 1201 3rd Ave., Ste. 3200
> Seattle, WA 98101
> Telephone: (206) 623-1900
> Facsimile: (206) 623-3384
> Email: dcopley@kellerrohrback.com
>
> Roger N. Heller (*Pro hac vice*)
> LIEFF CABRASER HEIMANN
> & BERNSTEIN LLP
> 275 Battery St, 29th Floor
> San Francisco, CA 94111
> Telephone: (415) 956-1000
> Facsimile: (415) 956-1008
> Email: rheller@lchb.com
>
> *Interim Co-Lead Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: s/ T. David Copley

4815-9653-2066, v. 2