COOLEY LLP
STEPHEN C. NEAL (170085)
(nealsc@cooley.com)
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Attorneys for Defendant Elizabeth Holmes*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC., Litigation | No. 2:16-cv-2138-HRH<br>(Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-HRH<br>-and-<br>No. 2:16-cv-3599-HRH)<br><br>**MOTION TO WITHDRAW AS ATTORNEYS FOR ELIZABETH HOLMES** |

Pursuant to L.R. Civ. 83.3(b)(1), Stephen C. Neal, John C. Dwyer and Jeffrey D. Lombard of the law firm Cooley LLP ("Cooley") move to withdraw as counsel of record for Elizabeth Holmes in the above-captioned litigation. Ms. Holmes has not paid Cooley for any of its work as her counsel of record in this action for more than a year. Further, given Ms. Holmes's current financial situation, Cooley has no expectation that Ms. Holmes will ever pay it for its services as her counsel. Thus, it is unfair and unreasonable to require Cooley to continue representing Ms. Holmes in this action. As set forth in the accompany declaration of Mr. Dwyer, Ms. Holmes has been informed of the status of the case. No trial date has been set and there are no currently scheduled hearings, including for Plaintiffs' pending motion for class certification.

As required by L.R. Civ. 83.3(b)(1), Ms. Holmes's current mailing address is:

//
//

Elizabeth Holmes
3141 Stevens Creek Blvd #40062
San Jose, CA 95117[1]

Cooley therefore respectfully requests permission to withdraw as counsel for Ms. Holmes.

Dated: September 30, 2019       COOLEY LLP

                                /s/ *John C. Dwyer*
                                John C. Dwyer (136533)

                                Attorneys for Defendant
                                Elizabeth Holmes

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this matter:

                                By: /s/ *John C. Dwyer*
                                    John C. Dwyer

---

[1] L.R. Civ. 83(b) also requires that a motion to withdraw include the "last known telephone number of the client." However, given her public profile and the profile of these matters, Ms. Holmes has refused to consent to the inclusion of her telephone number in this Motion.

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, I caused a true and correct copy of the attached document to be served upon the following by First Class U.S. Mail:

Elizabeth Holmes
3141 Stevens Creek Blvd #40062
San Jose, CA 95117

By: /s/ Kristi Peter