1  Lynn Lincoln Sarko (*pro hac vice*)
   T. David Copley
2  Gretchen Freeman Cappio (*pro hac vice*)
   KELLER ROHRBACK L.L.P.
3  1201 Third Ave., Ste. 3200
   Seattle, WA 98101
4  Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
5  Email: lsarko@kellerrohrback.com
   Email: dcopley@kellerrohrback.com
6  Email: gcappio@kellerrohrback.com

7  Michael W. Sobol (*pro hac vice*)
   Roger N. Heller (*pro hac vice*)
8  Melissa Gardner (*pro hac vice*)
   LIEFF CABRASER HEIMANN
9  & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
10 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
11 Facsimile: (415) 956-1008
   Email: msobol@lchb.com
12 Email: rheller@lchb.com
   Email: mgardner@lchb.com
13
   *Interim Co-Lead Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| In re:<br>Arizona THERANOS, INC., Litigation | No. 2:16-cv-2138-HRH<br>(Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-HRH<br>-and-<br>No. 2:16-cv-3599-HRH<br><br>**PLAINTIFFS' NOTICE OF NON-COMPLIANCE RE [DKT. 325] MOTION TO WITHDRAW AS ATTORNEYS FOR ELIZABETH HOLMES** |
|---|---|

Plaintiffs in the above-captioned case hereby respectfully notify the Court that the Motion to Withdraw as Attorneys for Elizabeth Holmes, filed on September 30, 2019 (Dkt. 325; "Motion") fails to fully comply with L.R. Civ. 83.3(b)(1).

L.R. Civ. 83.3(b)(1) provides:

> **(b) Withdrawal and Substitution.** With the exception of a change of counsel within the same law firm or governmental law office, no attorney shall be permitted to withdraw or be substituted as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, **last known residence and last known telephone number of the client**, as follows:
>
> (1) Where such application bears the written approval of the client, it shall be accompanied by a proposed written order and may be presented to the Court *ex parte*. The withdrawing attorney shall give prompt notice of the entry of such order, together with the name, **last known residence and last known telephone number of the client, to all other parties or their attorneys**.

L.R. Civ. 83.3(b)(1) (emphasis added).  The Motion filed in this case fails to list both Ms. Holmes' last known residence and her last known telephone number.  The Motion includes a footnote stating that Ms. Holmes would not consent to the filing of her last known telephone number due to her "public profile." Dkt. 325 at 2 n.1.  The Motion includes an address, but it is not a residential address (it appears to be a P.O. Box at a UPS Store); there was no explanation provided in the Motion for that deficiency, but presumably the explanation is the same as for the telephone number.

While the local rule does not appear to provide any exception for "public figures," Plaintiffs do not take the position that it is necessary for Ms. Holmes' residential address or telephone number to be filed *publicly*.  However, Plaintiffs' counsel and counsel for the other parties in the case should at least be provided with this information privately, by having Holmes's counsel file the required information under seal.  Indeed, without that information, the parties may have difficulty effectuating service of discovery and other documents and/or contacting Ms. Holmes as may be necessary and appropriate while she is unrepresented by counsel in the case.  (The Motion does not indicate that Ms. Holmes

1846101.1 — - 1 - — PLAINTIFFS' NOTICE OF NON-COMPLIANCE RE MOTION TO WITHDRAW

1 has replacement counsel).  The failure to provide this information directly undermines the
2 purpose of the local rule and its requirement that the information be listed.

3       Plaintiffs' counsel have reached out to moving counsel to inform them of these
4 deficiencies and to request that the missing information be provided to Plaintiffs' counsel
5 privately and subject to confidential treatment.  As of this filing, moving counsel have not
6 confirmed that Ms. Holmes will consent to that, more than one week after the request was
7 made.  *See* Exhibit A to the Declaration of Roger N. Heller, filed herewith.  Respectfully,
8 if they are to be permitted to withdraw as counsel for Ms. Holmes, such permission should
9 be conditioned upon the requirement that they provide Ms. Holmes' last known residential
10 address and last known telephone number to counsel for the parties, filed under seal and
11 subject to designation as Confidential-Attorneys' Eyes Only under the protective order in
12 this case (Dkt. 105) or such other appropriate protections that will not impede counsel for
13 the parties from accessing the information.

| | | |
|---|---|---|
| 1 | Dated: October 11, 2019 | By: */s/ Roger N. Heller* |
| 2 | | Michael W. Sobol (*pro hac vice*) |
| | | Roger N. Heller (*pro hac vice*) |
| 3 | | Melissa Gardner (*pro hac vice*) |
| | | Yaman Salahi (*pro hac vice*) |
| 4 | | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| | | 275 Battery St, 29th Floor |
| 5 | | San Francisco, CA 94111 |
| | | Telephone (415) 956-1000 |
| 6 | | Facsimile: (415) 956-1008 |
| | | Email: msobol@lchb.com |
| 7 | | Email: rheller@lchb.com |
| | | Email: mgardner@lchb.com |

Lynn Lincoln Sarko (*pro hac vice*)
T. David Copley
Gretchen Freeman Cappio (*pro hac vice*)
KELLER ROHRBACK L.L.P.
1201 3rd Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com
Email: dcopley@kellerrohrback.com
Email: gcappio@kellerrohrback.com

Mark D. Samson
Christopher Graver
KELLER ROHRBACK L.L.P.
3101 North Central Ave., Suite 1400
Phoenix, AZ 85012
Telephone: (601) 248-0088
Facsimile: (602) 248-2822
Email: msamson@kellerrohrback.com

*Interim Co-Lead Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Roger N. Heller*
Roger N. Heller