COOLEY LLP
STEPHEN C. NEAL (170085)
(nealsc@cooley.com)
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:     (650) 849-7400

*Attorneys for Defendant Elizabeth Holmes*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC., Litigation | No. 2:16-cv-2138-HRH<br>(Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-HRH<br>-and-<br>No. 2:16-cv-3599-HRH)<br><br>**RESPONSE TO PLAINTIFFS' NOTICE OF NON-COMPLIANCE [DKT. 335] RE MOTION TO WITHDRAW AS ATTORNEYS FOR ELIZABETH HOLMES** |

Pursuant to L.R. Civ. 83.3(b)(1), on September 30, 2019, Stephen C. Neal, John C. Dwyer and Jeffrey D. Lombard of the law firm Cooley LLP ("Cooley") moved to withdraw as counsel of record for Elizabeth Holmes in the above-captioned litigation ("Motion"). (Dkt. 325.) On October 11, 2019, Plaintiffs filed a limited notice of non-compliance arguing that the Motion "fails to list both Ms. Holmes' last known residence and her last known telephone number." (Dkt. 335 at 1.) Cooley's response to Plaintiffs' notice of non-compliance is timely under L.R. Civ. 7.2(d).

Cooley does not dispute that the Motion omits Ms. Holmes' last known residence and her last known telephone number. In fact, the Motion *itself* made clear that it did not include such information. That information was omitted because Ms. Holmes refused to provide her consent to include her personal contact information in the Motion in an effort to maintain her privacy, a refusal that was

justifiable given Ms. Holmes' unique public profile and the profile of these matters. Indeed, the Motion—a routine filing in almost any other proceeding—generated significant national news with articles being published in the New York Post and Washington Post and on CNBC and Business Insider's websites, among others.[1]

Filing that same "information under seal," as Plaintiffs propose, is also unreasonable under the unique circumstances of this case. Given this case's public profile, there is a significant risk that, even if provided to counsel for the parties subject to a protective order, Ms. Holmes' personal contact information could be made public in response to motions to unseal—while the case continues to be litigated or at its conclusion.

In a good-faith effort to reach a resolution, and to assuage Plaintiffs' concern that the mailing address provided in the Motion may lead to difficulty in communicating with Ms. Holmes, Ms. Holmes agreed to provide a personal email address and confirmed that she would accept service of all papers and all case-related correspondence delivered to that email address. (Declaration of John C. Dwyer In Support of Response to Plaintiffs' Notice of Non-Compliance. Plaintiffs, however, rejected that proposal. Ms. Holmes' offer to accept service via email is both eminently reasonable under the circumstances and more than sufficient to alleviate Plaintiffs' concerns about effecting service while she proceeds *pro se*.

Therefore, Cooley respectfully requests permission to withdraw as counsel for Ms. Holmes, provided that such permission be conditioned on (1) Ms. Holmes providing an email address to counsel of record for all parties in the litigation, designated as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order (Dkt. 105), and (2) Ms. Holmes agreeing to accept all forms of service via that email address while she proceeds *pro se*.

---

[1] *See* https://www.cnbc.com/2019/10/04/elizabeth-holmes-lawyers-in-theranos-civil-case-file-motion-to-withdraw.html; https://nypost.com/2019/10/04/elizabeth-holmes-lawyers-say-she-hasnt-paid-them-in-a-year/; https://www.businessinsider.com/theranos-founder-elizabeth-holmes-lawyers-quit-over-no-pay-claim-2019-10; https://www.washingtonpost.com/business/2019/10/05/more-bad-blood-theranos-founder-elizabeth-holmes-this-time-with-her-own-attorneys/.

Dated: October 18, 2019       COOLEY LLP

/s/ *John C. Dwyer*
John C. Dwyer (136533)

Attorneys for Defendant
Elizabeth Holmes

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this matter:

By: /s/ *John C. Dwyer*
John C. Dwyer

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2019, I caused a true and correct copy of the attached document to be served upon the following by First Class U.S. Mail and Email:

Elizabeth Holmes
3141 Stevens Creek Blvd #40062
San Jose, CA 95117

By:    */s/ Julie L. Correll*