IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | No. 2:16-cv-2138-HRH |
| | ) | (Consolidated with |
| Arizona THERANOS, INC., Litigation | ) | No. 2:16-cv-2775-HRH |
| | ) | – and – |
| _____ | ) | No. 2:16-cv-3599-HRH) |

O R D E R

Motion to Withdraw as Counsel

The conditions of the court's order[1] have been met by the parties' stipulation of December 3, 2019.[2] Accordingly, the Cooley motion to withdraw as counsel for defendant Elizabeth Holmes[3] is granted.

DATED at Anchorage, Alaska, this 6th day of December, 2019.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 343.

[2] Docket No. 351.

[3] Docket No. 325.