1  Amanda McDowell (*Pro Hac Vice*)
2  amcdowell@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE, LLP
3  701 Fifth Avenue, Suite 5600
   Seattle, Washington 98104-7097
4  Tel:  206-839-4300

5  *Attorney for Defendant Ramesh Balwani*

6

7                    UNITED STATES DISTRICT COURT

8                     FOR THE DISTRICT OF ARIZONA

9
   | In re | No. **2:16-cv-2138-HRH** |
10 | | (Consolidated with) |
   | Arizona THERANOS, INC., Litigation | No.  2:16-cv-2373-HRH |
11 | | No.  2:16-cv-2660-HRH |
   | | No.  2:16-cv-2775-HRH |
12 | | -    and - |
   | | No.  2:16-cv-3599-HRH) |
13 | | |
   | | **NOTICE OF CHANGE OF ADDRESS** |
14 | | **OF AMANDA MCDOWELL** |

15

16        PLEASE TAKE NOTICE that effective immediately, the address for Amanda

17  McDowell, admitted *pro hac vice*, one of the attorneys of record for Defendant Ramesh

18  Balwani, is changed.  Please take note of Ms. McDowell's new address below and

19  change your records accordingly.

20              Amanda McDowell
                Orrick Herrington & Sutcliffe LLP
21              701 Fifth Avenue
                Suite 5600
22              Seattle, Washington 98104-1610
                Telephone:  206-839-4300
23              Facsimile:   206-839-4301
                Email:  amcdowell@orrick.com
24

25

26

27

28

1

4842-2486-8259v.1 0103509-000007

RESPECTFULLY SUBMITTED this 16th day of December, 2019.

By: */s/ Amanda McDowell*
   Amanda McDowell
   Orrick, Herrington, & Sutcliffe LLP
   701 Fifth Avenue, Suite 5600
   Seattle, Washington 98104-7097
   Tel:  206-839-4300
   Fax:  206-939-4301
   Email:  amcdowell@orrick.com

*Attorney for Defendant Ramesh Balwani*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Dated this 16th day of December, 2019.

By:/s/ *Amanda McDowell*
Amanda McDowell
Orrick, Herrington, & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
Tel:  206-839-4300
Fax:  206-939-4301
Email:  amcdowell@orrick.com