Mark D Samson
KELLER ROHRBACK L.L.P.
3101 N Central Ave., Ste. 900
Phoenix, AZ 85012-2600
Telephone: (602) 230-6323
Facsimile: (602) 248-2822
Email: msamson@kellerrohrback.com

Lynn Lincoln Sarko (*Pro Hac Vice*)
Gretchen Freeman Cappio (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com

Michael W. Sobol (*Pro Hac Vice*)
Roger N. Heller (*Pro Hac Vice*)
Melissa Gardner (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com

*Interim Co-Lead Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC. Litigation, | **No. 2:16-cv-2138-DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373-DGC<br>No. 2:16-cv-2660-DGC<br>No. 2:16-cv-2775-DGC<br>               -and-<br>No. 2:16-cv-3599-DGC<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' COUNSEL TANYA KORKHOV** |

1   Plaintiffs hereby give notice that Tanya Korkhov hereby withdraws her appearance as one of the attorneys of record for the plaintiffs in this action. Plaintiffs continue to be represented in this litigation by Keller Rohrback L.L.P. and Lieff Cabraser Heimann & Bernstein LLP.

DATED this 15th day of April, 2021.

        KELLER ROHRBACK L.L.P.

By *s/ Tanya Korkhov*
Mark D Samson
3101 N Central Ave., Ste. 900
Phoenix, AZ 85012-2600
Telephone: (602) 230-6323
Facsimile: (602) 248-2822Email:
msamson@kellerrohrback.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 15, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

                  *s/ Leslie Nims*
                  Leslie Nims