Mark D. Samson, Bar No. 011076
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
msamson@kellerrohrback.com

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC. Litigation, | **No. 2:16-cv-2138- DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373- HRH<br>No. 2:16-cv-2660- HRH<br>No. 2:16-cv-2775- DGC<br>              -and-<br>No. 2:16-cv-3599- DGC<br><br>**NOTICE OF FILING OF INDEX OF NON-ELECTRONIC EXHIBITS TO THE DECLARATION OF MELISSA GARDNER SUPPORTING PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S ORDER OF 10/28/2021 (Dkt. 420.)** |

     Please take notice that Plaintiffs are filing an Index of Non-Electronic Exhibits to the Declaration of Melissa Gardner Supporting Plaintiffs' Memorandum in Response to Court's Order of 10/28/2021 (Dkt. 420), in accordance with Rule II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual and this Court's Order granting Plaintiffs' Motion for Leave to File Non-Electronic Exhibits (Dkt. 428).

1

1   DATED this 13th day of December, 2021.

2                                   KELLER ROHRBACK L.L.P.

4                                   By  *s/ Benjamin B. Gould*
5                                       Mark D. Samson, Bar No. 011076
                                        3101 North Central Avenue, Suite 1400
6                                       Phoenix, AZ 85012
                                        Telephone:  (602) 248-0088
7                                       Facsimile:  (602) 248-2822
8                                       msamson@kellerrohrback.com

9                                       Lynn Lincoln Sarko (*Pro Hac Vice*)
10                                      Gretchen Freeman Cappio (*Pro Hac Vice*)
                                        Benjamin B. Gould (*Pro Hac Vice*)
11                                      KELLER ROHRBACK L.L.P.
                                        1201 3rd Ave., Ste. 3200
12                                      Seattle, WA 98101
13                                      Telephone: (206) 623-1900
                                        Facsimile: (206) 623-3384
14                                      Email: lsarko@kellerrohrback.com
                                        Email: gcappio@kellerrohrback.com
15                                      Email: bgould@kellerrohrback.com

16
                                        Michael Walter Sobol (*Pro Hac Vice*)
17                                      Roger N. Heller (*Pro Hac Vice*)
18                                      Melissa Gardner (*Pro Hac Vice*)
                                        John D Maher (*Pro Hac Vice*)
19                                      LIEFF CABRASER HEIMANN
                                        & BERNSTEIN LLP
20                                      Embarcadero Ctr West
21                                      275 Battery St, 29th Floor
                                        San Francisco, CA 94111
22                                      Telephone (415) 956-1000
23                                      Facsimile: (415) 956-1008
                                        Email: msobol@lchb.com
24                                      Email: rheller@lchb.com
                                        Email: mgardner@lchb.com
25                                      Email: jmaher@lchb.com

26
                                        *Co-Lead Class Counsel*
27

28

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 13, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties registered with the CM/ECF System, and caused to be served via email the foregoing document to all other parties.

s/ *Benjamin B. Gould*