**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** December 20, 2021 |
| **Case Number:** CV-16-02138-PHX-DGC | |
| **In re: Arizona Theranos Incorporated Litigation** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Mark Samson | Lawrence Fogel |
| | Roger Heller | Kara L. McCall |
| | John Maher | Bruce Edward Samuels |
| | Gretchen Freeman Cappio | Stephanie Stern |
| | Michael Sobol | Andy Rodheim |
| | | Stephanie Rummage |

**TELEPHONIC CONFERENCE:**

Argument heard on the issue of class certification, procedure for giving notice to subclass members, and the litigation schedule. The Court takes the issues under advisement.

| | |
|---|---|
| Deputy Clerk: Molly Frasher | **1hr21m minutes** |
| Court Reporter: Patricia Lyons | **Start: 2:02 pm** |
| | **Stop: 3:23 pm** |