Michael W. Sobol (pro hac vice)
Roger N. Heller (pro hac vice)
Melissa Gardner (pro hac vice)
John D. Maher (pro hac vice)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com
Email: jmaher@lchb.com

Lynn Lincoln Sarko (pro hac vice)
Gretchen Freeman Cappio (pro hac vice)
KELLER ROHRBACK L.L.P.
1201 Third Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com

Mark D. Samson
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: 602-248-0088

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:16-cv-2138-DGC |
| | (Consolidated with) |
| Arizona THERANOS, INC., Litigation, | No. 2:16-cv-2373-HRH |
| | No. 2:16-cv-2660-HRH |
| | No. 2:16-cv-2775-HRH |
| | -and- |
| | No. 2:16-cv-3599-HRH |
| | |
| | **DECLARATION OF MELISSA GARDNER SUPPORTING PLAINTIFFS' MEMORANDUM IN RESPONSE TO COURT'S ORDER OF 10/28/2021** |
| | **REDACTED PER COURT ORDER DKT. 438** |

I, Melissa Gardner, declare:

1.      I am a partner in the firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), one of Co-Lead Class counsel in this matter.  I am a member in good standing of the State Bar of California, and have been admitted to this Court *pro hac vice* for purposes of this action.

2.      I submit this declaration in support of Plaintiffs' Response to this Court's October 28, 2021 Order (Dkt. 402) for focused briefing regarding the Edison Subclass and the defendants' business records produced in discovery from which the Edison Subclass Members who were subjected to blood draws by Walgreens employees can be identified. I have personal knowledge of the matters set forth herein and could competently testify thereto.

3.      Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a list ("Walgreens Edison Subclass List") of Edison Subclass members whose "tiny" blood draws were performed by Walgreens employees (herein, "Walgreens Edison Subclass Members").  As described further below, the attached Walgreens Edison Subclass List is derived from:

        a.      Nineteen (19) spreadsheets produced by Theranos in this action that were generated from the defendants' system of record of the blood draws conducted by the defendants, and which include, for each blood draw, the following information: a unique identifier (herein, "Visit ID") for the associated patient visit to the Walgreens or Theranos facility; the date and time of the visit; Class Member identifying information (name, gender, mailing address, date of birth);[1] the type of container used to collect the blood (*i.e.*, whether the blood draw was a "tiny" blood draw or not); and the first and last name of the technician who performed the blood draw; and

---

[1] The Walgreens Edison Subclass List includes mailing addresses, genders, and dates of birth recorded in the spreadsheets for all of the Subclass members on the list, and the name for most of the Subclass members on the list.  For a minority of them (about 15%), the name was not available from the spreadsheets utilized (*i.e.*, they are at present identified by mailing address, gender, and date of birth only).  For that minority, to the extent additional business records do not include their name information, their names should be readily identifiable (using the mailing address and date of birth information) by an experienced class administrator using publicly available sources.

DECLARATION OF MELISSA GARDNER

b.    One (1) spreadsheet produced by Walgreens in this action which lists the Walgreens employees authorized to perform "tiny" blood draws, which list was cross-referenced against the technician name information in the other spreadsheets to identify whether the blood draw was performed by a Walgreens employee or, instead, by a Theranos employee.

4.    **Part I** of this Declaration describes the process by which we compiled the data in Exhibit 1. The spreadsheets utilized for Exhibit 1 are attached hereto as Exhibits 2-20.

5.    **Part II** of this Declaration addresses evidence cited in the accompanying memorandum concerning the sources of data in the defendants' database; the uses to which such data was put; and prior discovery concerning the reliability of the defendants' business records.

**I.    Walgreens Edison Subclass Member List (Exhibit 1)**

6.    The process we employed to generate the Walgreens Edison Subclass List from the above-described business records is summarized below and described in detail in this Part.

a.    **First**, we utilized three spreadsheets that associate a unique numerical identifier called an "Accession," "Accession Number," "VisitSequenceId," or "Visit ID" (hereafter, "Visit ID") to each placement of a particular order for laboratory work (a "visit") in Theranos/Walgreens Wellness Centers. Visit IDs were assigned in ascending numerical order over time, such that a lower-numbered Visit ID represents a visit that occurred earlier in time than a higher-numbered Visit ID. We extracted Visit IDs, the date and time of each visit, Class Member mailing addresses, Class Member gender and date of birth, and the Walgreens Store where each Visit ID was assigned from these spreadsheets, each of which covers a different portion of the time period September 2013 – September 2015. Part I-A provides a detailed description of this step.

b.    **Second**, we utilized ten spreadsheets that associate Visit IDs and the Walgreens Store number where each Visit ID (*i.e.*, each particular visit) occurred, with the

    DECLARATION OF MELISSA GARDNER

container used to collect blood samples, as well as the first and last name of the person who was recorded as having taken the patient's identifying information and laboratory order in the Walgreens store ("check-in"), and the person who was recorded as having performed the blood draw ("performance").  We extracted Visit IDs, data about the containers used for specimen collection, and data about the employees who checked in patients and performed blood draws.  Using Visit ID and Walgreens Store number as reference points, we matched that data to the Class Member identifying information by Visit ID.  Part I-B provides a detailed description of this step.

c.   **Third**, we utilized one spreadsheet that lists the first and last names of Walgreens employees authorized to perform tiny blood draws in Theranos/Walgreens Wellness Centers.  We compared the names on this spreadsheet to the performance technician information (*i.e.*, first and last name of the performance technician) in spreadsheets produced by Theranos, and labeled each Walgreens employee as "Walgreens." Part I-C provides a detailed description of this step.

d.   **Fourth**, we reviewed the data extracted from the spreadsheets above to identify Visit IDs (1) associated with a Walgreens store in Arizona; (2) dated after November 13, 2013 when Walgreens opened the first Wellness Center in Arizona, and before early 2015 when Walgreens acknowledges the company's employees were performing tiny blood draws; (3) recorded as having used the "CTN" (*i.e.*, "tiny") blood collection device; and (4) recorded as having been performed by a person identified in the spreadsheet produced by Walgreens utilized above as a Walgreens employee.  Visit IDs meeting all of these criteria were placed on the Walgreens Edison Subclass List, along with the extracted information described above that was associated with each Visit ID. Part I-D provides a detailed description of this step.

e.   **Fifth**, we utilized six spreadsheets that associate Visit IDs with the first name, last name, and other identifying information of the individual who received Theranos/Walgreens services.  Using Visit ID and date of birth as reference points, we added the first and last names from these spreadsheets to the mailing address information,

visit blood draw, check in, and employee performance information compiled from the other spreadsheets.  Part I-E provides a detailed description of this step.

### A.   Subclass List Composition - Visit Dates and Contact Information

1. We utilized data from three spreadsheets (Exhibits 2-4) produced by Theranos that associated documents in Theranos's production indicated would, taken together, include the Visit ID, date of birth, and mailing address information for every visit recorded at Wellness Centers in Walgreens stores between September 2013 and September 2015.

2. We extracted data for the years 2013, 2014, and 2015 from Exhibits 2-4, respectively, and included the following data from these spreadsheets on the Subclass List: Column A: Visit ID; Column B: VisitDateTime; Column C: ProviderLocationName; Column D: PatientDOB; Column G: Patient Gender; and Columns H, I, J, K: Mailing address.  As set forth below, the data was broken up into multiple time periods, encompassing the time period starting from the date that Theranos/Walgreens Wellness Centers opened to the public (September 2013) and running through the end date of the spreadsheets utilized in Part I-B to identify Walgreens employees who performed "tiny" blood draws (September 2015).  This time period necessarily encompasses the entire time period that Walgreens employees were performing "tiny" blood draws, since Walgreens employees ceased performing "tiny" blood draws earlier in 2015.

### 1.   September 11, 2013 to December 31, 2013

3. Attached hereto as **Exhibit 2** is a true and correct copy of a document bearing Bates THER-AZ-05013186.  Exhibit 2 is a spreadsheet in txt format containing 155,032 rows of data, all of which are linked to Visit IDs.

4. Attached hereto as **Exhibit 21** is a true and correct copy of a document bearing Bates THER-AZ-05013185.  Exhibit 21 is correspondence associated with Exhibit 2 which indicates that the data on Exhibit 2 was compiled from Theranos data stores in response to a request in August 2014 from Theranos executive Jeffrey Blickman for patient visit data from September 2013 to August 2014 for "SB" (we understand this

DECLARATION OF MELISSA GARDNER

to refer to Defendant Sunny Balwani) to analyze.

5.      As produced by Theranos, the data in Exhibit 2 did not appear to be sorted. The dates of the Visit IDs in this spreadsheet ranged from September 11, 2013 to August 22, 2014, and the Visit IDs ranged from 25 to 96242.

6.      **Data utilized:** We used only data for the 2013 time period from this spreadsheet because the pertinent data for this step for the remaining time period in this spreadsheet (*i.e.*, for January 1, 2014 through August 22, 2014) was already covered by a subsequent spreadsheet (Exhibit 3) discussed below.  We extracted from Exhibit 2 the following columns of data for all entries with a "CreatedOn" date in 2013 (300 rows of data) including the headings, (re-named to the corresponding header names on the Subclass List) as follows: Column A: CreatedOn (corresponds to VisitDateTime), Column B: VisitSequenceId (corresponds to Visit ID), Column D: ProviderLocationName, Column K: DOB (corresponds to PatientDOB), Column L: Sex (corresponds to Patient Gender), Column M: StreetAddress (corresponds to PatientMailingStreet), Column N: City (corresponds to PatientMailingCity), Column O: State (corresponds to PatientMailingState), and Column P: PostalCode (corresponds to PatientMailingZipcode). We utilized the data from those columns (VisitDateTime, Visit ID, ProviderLocationName, PatientDOB, Patient Gender, PatientMailingStreet, PatientMailingCity, PatientMailingState, PatientMailingZipcode) in compiling the Subclass List.

**2.      January 1, 2014 to December 31, 2014**

7.      Attached hereto as **Exhibit 3** is a true and correct copy of a document bearing Bates THER-AZ-04901468.  Exhibit 3 is a spreadsheet with File Name: "PatientVisits_01012014_09162015.csv" containing 140,785 rows of data, all of which are linked to Visit IDs.

8.      Attached hereto as **Exhibit 22** is a true and correct copy of a document bearing Bates THER-AZ-04901467, correspondence to which Exhibit 3 was attached. Exhibit 23, discussed *infra* is correspondence that metadata produced by Theranos

indicates is associated with Exhibit 22 as part of the same email thread, indicating that the data on Exhibit 3 was compiled in response to requests from Theranos executive Jeffrey Blickman for Walgreens patient visit data during specified time periods.

9.     As produced by Theranos, the data on Exhibit 3 was sorted in ascending order by Visit ID.  The dates of the Visit IDs in this spreadsheet ranged from January 2, 2014 to September 16, 2015, and the Visit IDs ranged from 40636 to 253547.  This file does not include headings for the data, but the headings are identified in the associated correspondence attached as Exhibit 23.

10.     **Data utilized**: We used only data for the 2014 time period from this spreadsheet because the pertinent data for this step for the remaining time period in this spreadsheet (*i.e.*, for January 1, 2015 through September 16, 2015) was already covered by a subsequent spreadsheet (Exhibit 4) discussed below.  We extracted the following columns of data from Exhibit 3 for all entries with a "VisitDateTime" date in 2014 (39,319 rows of data) (renamed in part to correspond to header names on the Subclass List) as follows: Column A: VisitDateTime, Column B: VisitId (corresponds to Visit ID), Column D: ProviderLocationName, Column H: PatientDOB, Column I: PatientGender (corresponds to Patient Gender), Column J: PatientMailingStreet, Column K: PatientMailingCity, Column L: PatientMailingState, and Column M: PatientMailingZipcode.  We utilized the data from those columns (VisitDateTime, Visit ID, ProviderLocationName, PatientDOB, Patient Gender, PatientMailingStreet, PatientMailingCity, PatientMailingState, PatientMailingZipcode) in compiling the Subclass List.

### 3.     January 1, 2015 to September 20, 2015

11.     Attached hereto as **Exhibit 4** is a true and correct copy of a document bearing Bates THER-AZ-05058429.  Exhibit 4 is a spreadsheet with File Name: "VisitDetails_01012015_12092015.csv" containing 153,172 rows of data, all of which are linked to Visit IDs.

12.     Attached hereto as **Exhibit 23** is a true and correct copy of a document

DECLARATION OF MELISSA GARDNER

bearing Bates THER-AZ-05058426.  Exhibit 23 is an email message dated December 10, 2015 with the Subject Line: "RE: Patient visits 1/1/2014 - 12/9/2015" attaching Exhibit 4, which indicates that the data on Exhibit 4 was compiled in response to a request from Theranos executive Jeffrey Blickman for Walgreens patient visit data from January 1, 2015 through December 9, 2015.

13.    As produced by Theranos, the data on Exhibit 4 was sorted in ascending order by Visit ID. The dates of the Visit IDs in this spreadsheet ranged from January 2, 2015 to December 9, 2015, and the Visit IDs ranged from 128627 to 321736.  This file does not include headings for the data, but the headings are identified in Exhibit 23.

14.    **Data utilized**: As discussed above, we utilized data from this chart through September 20, 2015 in order to obtain Visit ID, date, and contact information associated with entries on the spreadsheets utilized in Part I-B, below.  It was unnecessary for purposes of the Walgreens Edison Subclass List to include the data from this chart for September 21, 2015 through December 2015.  As discussed above, data through September 20, 2015 necessarily covers the full time period in which Walgreens employees were performing "tiny" blood draws.  We extracted the following columns of data on Exhibit 4 for all entries with a "VisitDateTime" date through September 20, 2015 (106,723 rows of data) and applied the headings identified in THER-AZ-05058426 (renamed in part to correspond to the header names on the Subclass List) as follows: Column A: VisitDateTime, Column B: VisitId (corresponds to Visit ID), Column D: ProviderLocationName, Column H: PatientDOB, Column I: PatientGender (corresponds to Patient Gender), Column J: PatientMailingStreet, Column K: PatientMailingCity, Column L: PatientMailingState, and Column M: PatientMailingZipcode.  We utilized data from those columns (VisitDateTime, Visit ID, ProviderLocationName, PatientDOB, Patient Gender, PatientMailingStreet, PatientMailingCity, PatientMailingState, PatientMailingZipcode) in compiling the Subclass List.

DECLARATION OF MELISSA GARDNER

**B.     Subclass List Composition: Type of Blood Draw and Performing Technician**

15.     We utilized data from ten spreadsheets produced by Theranos (Exhibits 5-13 and Walgreens Exhibit 2), covering different portions of the Class period as described in this Part, to compile data regarding the type of blood draw(s) associated with the Visit IDs extracted from Exhibits 2-4.  From these spreadsheets, we extracted Visit IDs and Walgreens Store numbers for reference purposes, along with data on the type of blood draw performed during each visit, the first and last name of the employees who performed patient check-in services, and the first and last name of the employees who performed each blood draw.  As set forth below, the data for this step was broken up into multiple time periods in the spreadsheets produced by Theranos.

16.     The spreadsheets generated from Theranos's database and produced in this action, specifically those in Theranos's production that are formatted to identify technicians who performed blood draws utilized for the Walgreens Edison Subclass List ("PerformTechnician" on Exhibit 1), do not include data entries identifying the technician who performed blood draws prior to mid-May 2014.  The ten spreadsheets we utilized at this step cover different portions of the time period March 31, 2014 – September 20, 2015 (with these spreadsheets including the performing technician first and last names beginning in mid-May 2014).

**1.     March 31, 2014 – October 14, 2014**

17.     Attached hereto as **Exhibit 5** is a true and correct copy of a document bearing Bates THER-AZ-05370939.  Exhibit 5 is a spreadsheet dated October 17, 2014 which associated metadata identifies as authored by Theranos employee Brian Kutner.

18.     As produced by Theranos, Exhibit 5 contains multiple sheets of data.  The sheet entitled "MainData" contains 44,791 rows of data, the first 44,686 of which are linked to Visit IDs.  The spreadsheet as produced by Theranos was sorted in ascending order by Visit ID.  The dates of the Visit IDs in this spreadsheet ranged from March 31, 2014 to October 14, 2014, and the Visit IDs ranged from 71619 to 108186.

DECLARATION OF MELISSA GARDNER

19.   **Data utilized:** This spreadsheet contained information about patient Visit IDs and the employees who checked patients in from March 31, 2014 forward, but only contained entries regarding technicians who performed blood draws for May 14, 2014 forward, beginning at row 2408.  We extracted the following columns of data on Exhibit 5 for the 44,686 entries that were associated with a Visit ID, including the headings (renamed in part to correspond to the header names on the Subclass List) as follows: Column B: AccessionNum (corresponds to VisitId); Column C: ProviderProvidedILocationId (corresponds to ProviderLocationName); Column D: CheckedInUser; Column E: SampleReceivedUser (corresponds to PerformTechnician); and Column G: ContainerName.  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerName), using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.

### 2.   <u>October 15, 2014 – October 27, 2014</u>

20.   Attached hereto as **<u>Exhibit 6</u>** is a true and correct copy of a document bearing Bates THER-AZ-05013956.  Exhibit 6 is a spreadsheet with File Name: "PatientVisitDetailReport.csv."  THER-AZ-05013956 contains 15,637 rows of data, all of which are linked to Accessions/Visit IDs.

21.   As produced by Theranos, Exhibit 6 was sorted in descending order by Visit ID. The dates of the Visit IDs in this spreadsheet ranged from October 14, 2014 to October 27, 2014, and the Visit IDs ranged from 108588 to 111918.

22.   **Data utilized:** We extracted the following columns of data on Exhibit 6 for all 15,637 entries including the headings (renamed in part to correspond to the header names on the Subclass List) as follows:  Column B: VisitSequesnceId (corresponds to Visit ID); Column D: StoreName (corresponds to ProviderLocationName); Column J: UserName (corresponds to CheckedInUser); Column BJ: VisitContainer (corresponds to ContainerType); Column BK: PerformTechnician.  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType),

DECLARATION OF MELISSA GARDNER

using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.

### 3.   October 27, 2014 – October 28, 2014

23.     Attached hereto as **Exhibit 7** is a true and correct copy of a document bearing Bates THER-AZ-05708316.  Exhibit 7 is a spreadsheet with File Name: "CTNinfo-11-03-2014.xlsx," containing 5,882 rows of data, all of which are linked to Accessions/Visit IDs.

24.     Attached hereto as **Exhibit 26** is a true and correct copy of a document bearing Bates THER-AZ-05708309, which is an email chain dated October 29, 2014 through November 7, 2014 involving Theranos employees Brian Kutner and Tina Lin, attaching Exhibit 7 and indicating that the data on Exhibit 7 was compiled in response to a request for sample quality report data including for CTN containers.

25.     As produced by Theranos, Exhibit 7 was sorted in ascending order by Visit ID.  The dates of the Visit IDs in this spreadsheet ranged from October 20, 2014 to November 1, 2014, and the Visit IDs ranged from 110032 to 113185.

26.     **Data utilized:**  We used only data for the October 27-28, 2014 time period from this spreadsheet, because the pertinent data for this step for the remaining time period in this spreadsheet was already covered by a subsequent spreadsheet (Exhibit 8) discussed below.  We extracted the following columns of data on Exhibit 7 for all entries dated October 27, 2014 and October 28, 2014 including the headings (renamed in part to correspond to the header names on the Subclass List) as follows:  Column B: Accession # (corresponds to Visit ID); Column C: Location (corresponds to ProviderLocationName); Column D: CheckedInUser; Column E: Sample Received User (corresponds to PerformTechnician); Column G: Container (corresponds to ContaineType).  We utilized data from those columns (VisitID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType), using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.

DECLARATION OF MELISSA GARDNER

### 4.   October 28, 2014 - November 10, 2014, 3:59 p.m.

27.   Attached hereto as **Exhibit 8** is a true and correct copy of a document bearing Bates THER-AZ-04948785.  Exhibit 8 is a spreadsheet with File Name: "PatientVisitDetailReport.xlsx."  It contains 3,085 rows of data, all of which are linked to Visit IDs.

28.   As produced by Theranos, Exhibit 8 was sorted in descending order by Visit ID.  The dates of the Visit IDs in this spreadsheet ranged from October 28, 2014 to November 10, 2014 at 3:59 p.m., and the Visit IDs ranged from 112200 to 115794.

29.   **Data utilized:** We extracted the following columns of data on Exhibit 8 for all 3,085 entries including the headings (renamed in part to correspond to the header names on the Subclass List) as follows:  Column B: Visit ID; Column D: Provider Location Name (corresponds to ProviderLocationName); Column K: Technician Login ID (Payment) (corresponds to CheckedInUser); Column U: Visit Containers (corresponds to ContainerType); Column V: Perform Technician (corresponds to PerformTechnician). We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType), using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.

### 5.   November 10, 2014, 4:08 p.m. – November 19, 2014

30.   Attached hereto as **Exhibit 9** is a true and correct copy of a document bearing Bates THER-AZ-05370157.  Exhibit 9 is a spreadsheet with File Name: "visit_report_11_09_2014_to_12_08_2014.csv." It contains 7,439 rows of data, all of which are linked to Visit IDs.  As produced by Theranos, Exhibit 9 was sorted in ascending order by visit date.  The dates of the Visit IDs in this spreadsheet ranged from November 8, 2014 to December 8, 2014, and the Visit IDs ranged from 115416 to 123331.

31.   Attached hereto as **Exhibit 10** is a true and correct copy of a document bearing Bates THER-AZ-05369988.  Exhibit 10 is a spreadsheet with File Name: "visit_report_11_11_2014_to_11_11_2014.csv." It contains 227 rows of data, all of which

DECLARATION OF MELISSA GARDNER

are linked to Visit IDs.  As produced by Theranos, Exhibit 10 was sorted in ascending order by Visit ID. The dates of the Visit IDs in this spreadsheet ranged from November 11, 2014 to November 11, 2014 and the Visit IDs ranged from 115841 to 116175.

32.    **Data utilized:** We extracted the following columns of data on Exhibit 9 for all entries dated between November 10, 2014 at 4:08 p.m and November 19, 2014 including the headings (renamed in part to correspond to the header names on the Subclass List) as follows: Column B: Store (corresponds to ProviderLocationName); Column C: AccessionNumber (corresponds to Visit ID); Column D: Check In Tech (corresponds to CheckedInUser); Column I: Perform Tech/Bot (corresponds to PerformTechnician); Column Q: Collection Details (corresponds to ContainerType).  The reason that less than all entries were extracted was to avoid duplication with Exhibits 8 and 11, which contained overlapping data.  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType) using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.  We used only data for the November 10, 2014, 4:08 p.m. through November 19, 2014 time period from Exhibit 9, because the pertinent data for this step for the remaining time period in Exhibit 9 was already covered by a subsequent spreadsheet (Exhibit 11) discussed below.

33.    We extracted the following columns of data on Exhibit 10 for the entry at row 220 dated November 11, 2014 including the headings (renamed in part to correspond to the header names on the Subclass List) as follows: Column B: Store (corresponds to ProviderLocationName); Column C: AccessionNumber (corresponds to Visit ID); Column D: Check In Tech (corresponds to CheckedInUser); Column I: Perform Tech/Bot (corresponds to PerformTechnician); Column Q: Collection Details (corresponds to ContainerType).  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType) using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.

DECLARATION OF MELISSA GARDNER

6. **November 20, 2014 – January 18, 2015**

34.     Attached hereto as **Exhibit 11** is a true and correct copy of a document bearing Bates THER-AZ-05203846.  Exhibit 11 is a spreadsheet with File Name: "visit_report_11_20_2014_to_01_20_2015.csv," containing 20,048 rows of data, all of which are linked to Visit IDs.

35.     As produced by Theranos, Exhibit 11 was sorted in ascending order by Visit ID.  The dates of the Visit IDs in this spreadsheet ranged from November 20, 2014 to January 20, 2015, and the Visit IDs ranged from 118675 to 134159.

36.     **Data utilized:**  We used only data for the November 20, 2014 through January 18, 2015 time period from this spreadsheet, because the pertinent data for this step for the remaining time period in this spreadsheet was already covered by a subsequent spreadsheet (Walgreens Exhibit 2) discussed below.  We extracted the following columns of data on Exhibit 11 for all 20,048 entries including the headings (renamed in part to correspond to the header names on the Subclass List) as follows: Column B: Store (corresponds to ProviderLocationName); Column C: AccessionNumber (corresponds to Visit ID); Column D: Check In Tech (corresponds to CheckedInUser); Column I: Perform Tech/Bot (corresponds to PerformTechnician); Column Q: Collection Details (corresponds to ContainerType).  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType) using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.

7. **January 19, 2015 – September 20, 2015**

37.     The document lodged under seal by Walgreens in connection with Dkt. 408 on November 12, 2021 as **Walgreens Exhibit 2** is a spreadsheet with File Name: "Copy of Technician Performance Tracker 22SEP15.xlsx," containing multiple sheets of data. The sheet entitled "TechPerformance" contains 256,760 rows of data, all of which are linked to Visit IDs (except for a single entry dated February 23, 2015 at row 38,426).

38.     As produced by Theranos, the data on Walgreens Exhibit 2 was sorted in

ascending order by visit date.  The dates of the Visit IDs in this spreadsheet ranged from December 17, 2014 to September 20, 2015, and the Visit IDs ranged from 125787 to 256321.

39.     Attached hereto as **Exhibit 12** is a true and correct copy of a document bearing Bates THER-AZ-05370377.  Exhibit 12 is a spreadsheet with File Name: "walgreens_visit_report12_01_2014_to_02_15_2015.csv." It contains 26,305 rows of data including headings, linked to Visit IDs.

40.     As produced by Theranos, Exhibit 12 was sorted in ascending order by Visit ID.  The dates of the Visit IDs in this spreadsheet ranged from December 1, 2014 to February 15, 2015, and the Visit IDs ranged from 115841 to 143071.

41.     **Data utilized:** We extracted the following columns of data on Walgreens Exhibit 2 for all entries dated after January 19, 2015 including the headings (renamed in part to correspond to the header names on the Subclass List) as follows: Column B: Store (corresponds to ProviderLocationName); Column C: Accession Number (corresponds to Visit ID); Column E: Check In Tech (corresponds to CheckedInUser); Column J: Perform Tech/Bot (corresponds to PerformTechnician); Column T: Container Name (corresponds to ContainerType).  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType), using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.  With respect to the data extracted from Walgreens Exhibit s, Walgreens' brief, at page 7, identified an entry ████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████.  Based on this evidence, we did not include ████████████ on the Walgreens Edison Subclass List.  We used only data for the January 19, 2015 through September 20, 2015 time period from Walgreens Exhibit 2, because the data for the earlier time period in this spreadsheet was already covered by a prior spreadsheet (Exhibit 11) discussed above.

42.     We extracted the following columns of data on Exhibit 12 for the entry at

row 21198, dated February 1, 2015 including the headings (renamed in part to correspond to the header names on the Subclass List) as follows: Column B: Store (corresponds to ProviderLocationName); Column C: AccessionNumber (corresponds to Visit ID); Column D: Check In Tech (corresponds to CheckedInUser); Column I: Perform Tech/Bot (corresponds to PerformTechnician); Column S: Collection Details (corresponds to ContainerType).  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType) using both the Visit ID and Walgreens Store number as reference points, in compiling the Subclass List.

### 8.   November 13, 2014 – January 29, 2015

43.     Attached hereto as **Exhibit 13** is a true and correct copy of a document bearing Bates THER-AZ-05370022.  Exhibit 13 is a spreadsheet with File Name: "visit_report_11_13_2014_to_01_29_2015.csv," containing 26,773 rows of data, all of which are linked to Visit IDs.

44.     As produced by Theranos, the data on Exhibit 13 was sorted in ascending order by Visit ID.  The dates of the Visit IDs in this spreadsheet ranged from November 13, 2014 to January 29, 2015, and the Visit IDs ranged from 116476 to 137663.

45.     **Data utilized:** From Exhibit 13, we extracted the following columns of data for Visit IDs that had been identified from Exhibits 2-4 but for which which Perform Technician data was not located within the data extracted from Exhibits 9-12 and Walgreens Exhibit 2, which together encompassed the same date range as Exhibit 13, including the headings (renamed in part to correspond to the header names on the Subclass List) as follows:  Column B: Store (corresponds to ProviderLocationName); Column C: AccessionNumber (corresponds to Visit ID); Column D: Check In Tech (corresponds to CheckedInUser); Column I: Perform Tech/Bot (corresponds to PerformTechnician); Column S: Collection Details (corresponds to ContainerType).  We utilized data from those columns (Visit ID, ProviderLocationName, CheckedInUser, PerformTechnician, ContainerType) using Visit ID as a reference point, in compiling the Subclass List, specifically to identify the CheckedInUser, PerformTechnician, and

ContainerType associated with Visit IDs for which that data had not been extracted from Exhibits 9-12 and Walgreens Exhibit 2.

9.     **Walgreens Edison Subclass List Composition: Walgreens Employment Status**

46.     We utilized data from one spreadsheet produced by Walgreens in this case to associate Walgreens employment status with the names of the individuals whom defendants' system of record indicated performed each of the tiny blood draws.

47.     As discussed above, the Theranos-produced spreadsheets included a first and last name for the technician recorded as having performed the blood draw.  That data point was then cross-referenced against this one Walgreens-produced spreadsheet to identify, for each "tiny" blood draw, whether or not technician who performed the blood draw was a Walgreens employee.

48.     Attached hereto as **Exhibit 14** is a true and correct copy of a document bearing Bates WG066351.  Exhibit 14 is a spreadsheet with File Name: "Theranos_Trainee_Status_2016_06_09.xlsx," containing 940 rows of data including headings, which identify the names of Walgreens employees, their job titles, a Walgreens store with which they are associated, the date of their training to perform check-in and tiny blood draw services for the Theranos/Walgreens partnership, their "Theranos Service Status," and their employment status as of June 2016.

49.     As produced by Walgreens, this document was attached to an email sent from Theranos employee Joe Ahdoot to Walgreens executives dated June 10, 2016 with the statement that "[t]he attachment has the current status for all trainees," which was produced by Walgreens at WG066348.  Exhibit 14 is one of numerous such files that indicate they reflect Walgreens' employee Theranos Service Status at different periods of time during the partnership. We utilized Exhibit 14 because it was comprehensive, meaning it included all of the Walgreens employees who were listed on the earlier iterations of this document.  Attached hereto as **Exhibits 27-28** are true and correct copies of documents bearing Bates WG063862 and WG087099, two additional examples with

the File Names "Theranos_Trainee_Status_2015_02_17.xlsx" and "Trainee Status by Store 123013.pdf," respectively.

50.     **Data utilized:** We referred to the following columns of data from WG066351 for all entries:  Column B: Tech Name.  In a column labeled "Walgreens" on the Subclass List, we added the entry "Walgreens" next to all of the names that were an exact match on both WG066351 and the Subclass List.  We also added an entry entitled "Walgreens" next to the following entries on the Subclass List, which were not exact matches but which reasonably appeared to refer to the same employee:

| Name on Walgreens Edison Subclass List | Name on Exhibit 14 (WG066351) |
|---|---|
| Alycia Brown | Alycia A. Brown |
| Amber Peterson | Amber C. Peterson |
| Anna Madrid | Anna M. Madrid |
| Arthur Schmitt | Arthur B Schmitt (Artie) |
| Ashley Escobosa | Ashley Aparicio-Escobosa |
| Ashley Mackey | Ashley "Charlie" Mackey |
| Bridget Morrical | Bridget Morrocal |
| Christopher Britton | Chris Britton |
| Chris Valentin | Christopher Valentin |
| Colleen MacDonald | Colleen McDonald |
| D Young | De'Andra Young |
| Danca Danilovic | Danka Danilovic |
| Daniel Lopez | Danny Lopez |
| Danielle Estrella | Danielle A. Estrella |
| Dawn Poulson | Dawn Paulson |
| Elsa Ponce | Elisa Ponce |
| Ethan Litfin | Ethan G. Litfin |
| Holly Gans | Holly Grans |
| Jazmine Flores | Jazmin Flores |
| Jennifer Vazquez | Jennifer Vasquez |
| Jessica Price | Jessica Maktima-Price |
| Jesus Rojas | Jesus Rojos |
| Jill Foltz | Jillian Foltz |
| Jose Ramrirez | Jose Ramirez |

DECLARATION OF MELISSA GARDNER

| Name on Walgreens Edison Subclass List | Name on Exhibit 14 (WG066351) |
|---|---|
| Joshua Simpson | Josh Simpson |
| Jugvir Pabla | Jugvir Pabal |
| Julie Guiterrez | Julie Gutierrez |
| Kaylee Hubbard | Kayleigh Hubbard |
| Kim Tsosie | Kimberly Tsosie |
| Leticia Cervantesdebravos | Letecia Cervantesdebravos |
| Mark Schellenbaum | Mark Schellenbaumli |
| Natalia Russo | Natalia Russon |
| Nina Ranjbar | Nina Ghannad Ranjbar |
| Noriel Eusebio | Noriel "Dominic" Eusebio |
| Paul Stoneburg | Paul Stoneberg |
| Perla Rodriguez | Perla Torres-Rodriguez |
| Rebecca Swiss | Rebecca Elguezabal-Swiss |
| Sheila Nguyen | Sheila  Nguyed |
| Shelley Carlsen | Shelly Carlsen |
| Stephani Stremcha | Stephanie Stremcha |
| Stephen Meyers | Steve Meyers |
| Sylvia Fuentes-White | Sylvia Fuentes (White) |
| Tanya O'Malley | Tanya Omalley |
| Tiffani Foster | Tiffany Foster |
| Uyen Dao | Uyen-Minh Dao |
| Valmira Valencia | Val Valencia |

51.     The slight name variations in the above table resulted primarily from variations in how the identities of Walgreens employees who checked in patients were recorded on the spreadsheets utilized for the Subclass List.  For example, Column D of Exhibit 6 (THER-AZ-05013956, "UserName") recorded identity using an "@walgreens.com" email addresses, such as "Mark.Schellenbaum@walgreens.com" rather than first and last name.  We converted such entries to first and last name format on the Subclass list by deleting "@walgreens.com" and the punctuation, with the result that certain names are spelled differently on the Subclass List than on Exhibit 14.

DECLARATION OF MELISSA GARDNER

C.   **Walgreens Edison Subclass List Composition: Subclass Member Visit IDs**

52.     As the next step, we reviewed the consolidated data described above to identify only those Visit IDs that met *all* of the following criteria : (1) blood draw was conducted at a Walgreens store in Arizona; (2) blood draw was conducted during a visit from November 13, 2013 when Walgreens opened the first Wellness Center in Arizona,[2] until early 2015 when Walgreens acknowledges the company's employees performed tiny blood draws; (3) recorded as having used the "CTN" (*i.e.*, "tiny") blood collection container; and (4) identified as having been performed by a Walgreens employee pursuant to Part I-B, above.  Only Visit IDs matching *all* of these four criteria were placed on the Subclass List.

D.   **Walgreens Edison Subclass List Composition: Subclass Member First and Last Name**

53.     For each Visit ID included on the Subclass List pursuant to the steps and criteria described above, we utilized six spreadsheets in Theranos's production that associate Visit IDs with the first and last names of patients, to identify the names of the patient (*i.e.*, the name of the Subclass member) for each of those Visit IDs.

1.   **Billing Reports**

54.     Attached hereto as **Exhibit 15** is a true and correct copy of a document bearing Bates THER-AZ-04418771.  Exhibit 15 is a spreadsheet with the File name "Billing_Report_Master_05092014_06192014.xlsx," containing 868 rows of data including headings, all of which are linked to Visit IDs.  As produced by Theranos, the data on Exhibit 15 was sorted in ascending order by Visit ID.  Visit IDs ranged from

---

[2] Attached hereto as **Exhibit 29** is a true and correct copy of a document containing data (Columns A, C, E, I, J, P-T) extracted from an Excel spreadsheet bearing Bates WG061698, with File Name: "Master_Theranos_Locations_09182014.xlsx." Exhibit 29 lists 40 Walgreens stores in Arizona with Theranos/Walgreens Wellness Centers, by store number and street address, "Go live date," and hours of operation.  This document indicates that the first Wellness Centers in Arizona commenced offering services on November 13, 2013, at Walgreens Store Nos. 3464 and 5453.

DECLARATION OF MELISSA GARDNER

1   73562 to 86935.  **Data utilized:** We extracted the following columns of data on Exhibit

2   15 for all entries (renamed in part to correspond to the header names on the Subclass List)

3   as follows: Column A: VisitSequence (corresponds to Visit ID) and Column G:

4   PatientName (corresponds to FirstName, LastName).  We utilized data from those

5   columns (FirstName, LastName) using Visit ID as a reference point.

6          55.     Attached hereto as **<u>Exhibit 16</u>** is a true and correct copy of a document

7   bearing Bates THER-AZ-05179227.  Exhibit 16 is a spreadsheet with the File name

8   "Billing_Report_06202014_09042014.xlsx," containing multiple sheets of data.  The

9   sheet entitled "Master" contains 11,512 rows of data including headings, all of which are

10  linked to Visit IDs. As produced by Theranos, the data on Exhibit 16 was sorted in

11  ascending order by Visit ID.  Visit IDs ranged from 86944 to 98387.  **Data utilized:** We

12  extracted the following columns of data on Exhibit 16 for all entries (renamed in part to

13  correspond to the header names on the Subclass List as follows: Column A:

14  VisitSequence (corresponds to Visit ID) and Column G: PatientName (corresponds to

15  FirstName, LastName).  We utilized data from those columns (FirstName, LastName)

16  using Visit ID as a reference point.

17         56.     Attached hereto as **<u>Exhibit 17</u>** is a true and correct copy of a document

18  bearing Bates THER-AZ-05203862.  Exhibit 17 is a spreadsheet with the File name

19  "Billing_Report_09052014_11212014_0400PM.xlsx," containing 21,271 rows of data

20  including headings, all of which are linked to Visit IDs.

21         57.     As produced by Theranos, the data on Exhibit 17 was sorted in ascending

22  order by Visit ID.  Visit IDs ranged from 98563 to 119452.  **Data utilized:** We extracted

23  the following columns of data on Exhibit 17 for all entries (renamed in part to correspond

24  to the header names on the Subclass List) as follows: Column A: VisitSequence

25  (corresponds to Visit ID) and Column G: PatientName (corresponds to FirstName,

26  LastName).  We utilized data from those columns (FirstName, LastName) using Visit ID

27  as a reference point.

28         58.     Attached hereto as **<u>Exhibit 18</u>** is a true and correct copy of a document

bearing Bates THER-AZ-05214068.  Exhibit 18 is a spreadsheet with the File name "Billing_Report_09052014_12012014_1000AM.xlsx," containing 9,260 rows of data including headings, all of which are linked to Visit IDs.  As produced by Theranos, the data on Exhibit 18 was sorted in ascending order by Visit ID.  Visit IDs ranged from 98568 to 121399.  **Data utilized:** We extracted the following columns of data on Exhibit 18 for all entries (renamed in part to correspond to the header names on the Subclass List) as follows: Column A: VisitSequenceId (corresponds to Visit ID) and Column G: Patient Name (corresponds to FirstName, LastName).  We utilized data from those columns (FirstName, LastName) using Visit ID as a reference point.

### 1.    Additional Sources of Name Information.

59.    Attached hereto as **Exhibit 19** is a true and correct copy of a document bearing Bates THER-AZ-04921175.  Exhibit 19 is a spreadsheet which, as produced by Theranos was located in the custodial files of Theranos employee Jeff Blickman with the File name "Jeff Data.txt," containing 155,032 rows of data including headings, all of which are linked to Visit IDs.  As produced by Theranos, the data on Exhibit 19 was sorted, after the first 22 entries, in ascending order by date and time.  Visit IDs ranged from 25 to 96242.  **Data utilized:** We extracted the following columns of data on Exhibit 19 for all entries (renamed in part to correspond to the header names on the Subclass List) as follows: Column 2: VisitSequenceID (corresponds to Visit ID), Column 9: FirstName, and Column 10: LastName.  We utilized data from those columns (FirstName, LastName) using Visit ID as a reference point.

60.    Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by the Theranos Assignee.  Exhibit 20 is a spreadsheet with the File name "THE_ABC_LLC DOC_No.1 - CONFIDENTIAL ATTORNEYS' EYES ONLY.xlsx," containing 117,406 rows of data including headings, 117,124 of which are linked to Visit IDs. As produced by Theranos Assignment for the Benefit of Creditors, the data on Exhibit 20 did not appear to be sorted.  Visit IDs ranged from 10354 to 544666.  **Data utilized:** We extracted the following columns of data on Exhibit 20 for all entries linked

DECLARATION OF MELISSA GARDNER

to Visit IDs (renamed in part to correspond to the header names on the Subclass List as follows: Column A: Accession_Number (corresponds to Visit ID), Column E: First_Name (corresponds to FirstName), and Column G: Last_Name (corresponds to LastName).  We utilized data from those columns (FirstName, LastName) using Visit ID as a reference point.

61.     As discussed above, for this step we utilized only spreadsheets associating first and last names to Visit IDs.  From these six spreadsheets, we identified first and last names for 7,222 of the 8,561 Visit IDs that met all of the Walgreens Edison Subclass criteria—*i.e.*, we identified, from these spreadsheets, first and last names for approximately 85% of the Subclass members on the Walgreens Edison Subclass List.[3]

## II.     **Additional Exhibits**

62.     Attached hereto as **Exhibit 24** is a true and correct copy of a document bearing Bates THER-AZ-05077056, which is an email chain dated May 28, 2014 from Joe Ahdoot to multiple recipients.  This document includes the following text at THER-AZ-05077056: "The second section is about technician performance in general. This information has been delayed because of an error with the database where we were not able to track every fingerstick completed (and therefore not able to accurately track % failure rates). Since 5/12, we have been able to track every fingerstick and I have been able to calculate failure rates for live technicians."

63.     Attached hereto as **Exhibit 25** is a true and correct copy of a document bearing Bates THER-AZ-05077059 which was produced as an email attachment to Exhibit 24.  With all filters removed, Exhibit 25 contains 3,820 rows of data including

---

[3] For the remaining approximately 15%, the "FirstName" Column in the Walgreen Edison Subclass List currently lists "RESIDENT" for those Subclass members.  Additional records in Theranos's document production also associate patient names to Visit IDs, or to other data points, such as date of birth and/or mailing address.  To the extent these additional sources do not identify name information for the Subclass members for whom there is not currently a name on the Walgreens Edison Subclass List, those names should be readily identifiable (using the mailing address, gender, and date of birth information that is included for all entries on the Walgreens Edison Subclass List) by an experienced class administrator using publically available sources.

DECLARATION OF MELISSA GARDNER

"CheckedInUser," "SampleReceivedUser," and "ContainerName."

64.     Attached hereto as **Exhibit 30** are true and correct copies of three documents, which were produced by Walgreens in this action as an email message with two attachments.  The document bearing Bates WG029138 is an email message dated June 23, 2014 from Walgreens employee Loren Hunter.  The document bearing Bates WG029142 has the File Name "Theranos_Slides_Classroom_Theranos_final.pptx."  The document bearing Bates WG029188 has the File Name "Theranos_Welcome_Letter.pdf."

65.     Attached hereto as **Exhibit 31** is a true and correct copy of a document bearing Bates THER-AZ-02191065, which is an email chain from Joe Ahdoot to Jim Twitchell dated December 17, 2015.

66.     Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the March 23, 2019 deposition of Patty Haworth.  These excerpts include the following testimony at 176:6 – 186:15:

> Q.    You testified earlier that there was a mechanism for Walgreens to review or to look at when a finger stick -- or to determine when a finger stick sample was collected.  I don't want to try to restate your prior testimony, but do you know what I'm referring to?
> A.    Yes, that Web form that we collected.
> Q.    Can you describe again to me what the Web form was and how that Web form could be used to determine whether a patient had a finger stick versus a venous draw?
> A.    So the Web form was collected by pharmacy technicians.  Part of how they were compensated, they received an extra dollar if they performed the intake, and they received an extra dollar in their pay if they performed the blood collection.  So they would know -- they use this Web form, and they would track every time a patient came in, certain aspects of how the process went, and they were involved in actually doing the blood collection to get their dollar, they would check that on the form and submit it electronically. . . .
> Q.    Were there ever any reports run on these Web forms to collect finger-stick data?
> A.    Collect all the data, not finger stick specifically.  But all the data that was submitted was all compiled on a weekly basis.
> Q.    And what -- when you say compiled on a weekly basis, was there a report that was generated?
> A.    Yeah, an Excel spreadsheet was generated.
> . . .
> Q.    And how was that reported?  For example, was it reported by store?  By technician?

DECLARATION OF MELISSA GARDNER

1    A. I believe so because they had to compensate.
     Q. When you say I believe so, do you mean by technician?
2    A. Yes, by technician.
     . . .
3

4    Q. Well, given Walgreens tracking of that information on that report, do
       you recall why that same information was asked of Theranos on a
       monthly basis regarding venous draw percentage?
5    A. Because they're the lab and they had -- they had more accurate
       numbers . . . .
6

7    67.  Attached hereto as **<u>Exhibit 33</u>** is a true and correct copy of excerpts from

8 the December 6, 2018 deposition of Sarah Chow.  These excerpts include the following

9 testimony:

10 at 32:19 – 33:17
     Q. Were different containers used for fingerstick samples and venous
11       draws?
     A. Yes.
12    Q. Which containers were used for the different types of blood draws?
     A. The Vacutainers for fingerstick. Regular full-size tubes for the
13       venous draws.
     Q. So -- I -- maybe I misunderstood. Vacutainers are different from full-
14       size tubes?
     A. They're used interchangeably. Blood tubes are Vacutainers.
15    Q. Great. So which type of container would have fingerstick blood?
     A. The small Microtainers.
16    Q. And the Vacutainers held venous --
     A. Right.
17    Q. -- blood? Thank you.  What identifying information, if any, was
       provided with a blood sample from a Walgreens patient?
18    A. On the Microtainer there would be a barcode. And on the Vacutainer
       there would also be a barcode.
19

20

21 at 35:15-25
     Q. Okay. So it appears to be an e-mail from you. And if you look down
22       at paragraph  there that starts Steven Karas, it says, "Patient was
       accessioned all venous." What does accessioned mean?
23    A. It means we received a requisition and ordered tests for the tests that
       were ordered and logged into our system.
24    Q. What system was that?
     A. That was our LIS system, the laboratory information system.
25

26 at 41:1-8
     Q. Okay.  And you reported test results?
27    A. Yes.
     Q. How did you associate test results with a -- an individual to report it?
28    A. The barcode would capture, and that would be scanned onto the

            DECLARATION OF MELISSA GARDNER

1        instrument itself.  And from there we would get the results on our
laboratory information system.

2

3   at 76:13-77:19

4        Q.    And what is an accession again?
        A.    Accession is the number that would be assigned to the patient sample

5               that we received, and it would follow that patient. . . .
        Q.    And accession and requisition numbers are different numbers?

6        A.    Accession and medical record numbers would be different

7        . . . .

8        THE WITNESS: I said I'm not sure if this number is an accession number or
               a medical record number. Accession numbers can be generated with

9               every visit, but medical record numbers should be standard for the
               patient, like for the lifetime of the patient at that company. . . .

10      Q.    For Walgreens patients, did Theranos have an associated medical
            record number for every patient?

11      A.    I don't recall.
        Q.    Would Theranos have an accession number for every patient?

12      A.    Yes.

13      68.    Attached hereto as **<u>Exhibit 34</u>** is a true and correct copy of a document

14  bearing Bates WG084249, which is an email message from a Walgreens employee dated

15  November 27, 2013.  This message includes the following text under the heading

16  "Theranos Visit FeedBack Form": "Person performing Specimen Collection" and

17  "Method of Blood Draw."

18      69.    Attached hereto as **<u>Exhibit 35</u>** is a true and correct copy of a document

19  bearing Bates WG054979, which is a spreadsheet with File Name: "Pilot feedback 5453

20  and 3464 121113.xlsx," which was attached to an email bearing Bates WG054978 sent on

21  December 11, 2013 by Walgreens employees.  Exhibit 35 contains 23 rows of data

22  including headings, with entries for "Person performing specimen collection" (Column L)

23  and "Method of blood draw" (Column P) dated between November 15, 2013 and

24  December 10, 2013 at Walgreens Store Nos. 5453 and 3644 (Column F, containing the

25  date information is "hidden" in this spreadsheet as produced by Walgreens).

26      70.    Attached hereto as **<u>Exhibit 36</u>** are true and correct copies of a document

27  bearing Bates WG011341, which is an email message dated July 14, 2014, and an

28  attachment to the email message bearing Bates WG011343, with File Name:

         DECLARATION OF MELISSA GARDNER

"COM1713575_theranos experience incentive program_intro letter_vf.pdf."   The email

attachment states, in part: "This program begins Saturday, July 12th . . . . Theranos will

regularly track and notify you of your accrued incentive earnings and payment will appear

as a separate line item on your normal Walgreens paycheck. Please note that incentive

payments are linked to the user account logged into the PSC application during each

patient visit, so remember to only use your own account info when using the software."

71.     Attached hereto as **Exhibit 37** is a true and correct copy of a document

bearing Bates WG065527 with File Name: "Bi Weekly Thursday Call with AZ Stores

2015-05-07-15.docx." This document contains, in part, the following text: at WG065577:

"it is okay to perform finger sticks on guests if the team feels comfortable and confident

doing so during times when there is not a phlebotomist.  I also let the phlebotomist who

works at that store know about the situation and to make herself available to help

practice," and at WG065529 "Theranos Patient Experience Incentive Program

(Promotional $$):  ended on March 31."

72.     Attached hereto as **Exhibit 38** is a true and correct copy of a document

bearing Bates WG065898 with File Name: "Biweekly Thursday Call with AZ Stores

Agenda_060415.docx."  This document contains, in part, the following text at

WG065898: "Reminder – Walgreens certified team members can perform fingersticks

during coverage gaps if:  Certified team member feels comfortable and confident, and no

phlebotomist is scheduled."

73.     Attached hereto as **Exhibit 39** is a true and correct copy of a document

bearing Bates THER-3845117.  Exhibit 41 is an email chain dated July 25, 2014 from

Brian Kutner, which refers to "Joe's latest spreadsheet" in connection with a discussion

concerning monitoring of "activation failures out of total pCTNs consumed."

74.     Attached hereto as **Exhibit 40** is a true and correct copy of a document

bearing Bates THER-AZ-02177844, which is an email chain dated September 21-22,

2015 between Theranos employees Jim Twitchell, Joe Ahdoot, and Brian Kutner.  This

correspondence contains the following text: "Complaints about TSCDs [Theranos Sample

DECLARATION OF MELISSA GARDNER

1   Collection Devices—*i.e.*, "tiny" blood collection devices] originating from PSCs [Patient
2   Service Centers] are tracked 100% through the Technician Tracker app."  As produced by
3   Theranos, Walgreens Exhibit 2 was identified as within the custodial files of Jim
4   Twitchell; Theranos employee Joe Ahdoot was identified as the document's author.  The
5   date of the correspondence at Exhibit 40 (September 22, 2015) and the file name of
6   Walgreens Exhibit 2 (Copy of Technician Performance Tracker 22SEP15.xlsx) strongly
7   indicate that Walgreens Exhibit 2 was generated in connection with analysis of patient
8   complaints associated with the use of CTN devices on patients, *i.e.* "tiny" blood draws.

9        I declare under penalty of perjury that the foregoing is true and correct.  Executed
10  this 29th day of November, 2021, at Des Moines, WA.

12                                     */s/ Melissa Gardner*
13                                     Melissa Gardner

DECLARATION OF MELISSA GARDNER

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

In addition, pursuant to LRCiv 5.6 and the District of Arizona's Electronic Case Filing Administrative Policies and Procedures Manual, I certify that I also caused to be served copies of this filing and the corresponding documents lodged with the Court on all parties via email.

*s/ Mark D. Samson*
Mark D. Samson

DECLARATION OF MELISSA GARDNER