Mark D. Samson, Bar No. 011076
Ron Kilgard, Bar No. 005902
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
msamson@kellerrohrback.com
rkilgard@kellerrohrback.com

Michael W. Sobol (pro hac vice)
Roger N. Heller (pro hac vice)
Melissa Gardner (pro hac vice)
Michael K. Sheen (pro hac vice)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com
Email: msheen@lchb.com

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:16-CV-2138-DGC |
| | (Consolidated with) |
| Arizona THERANOS, INC., Litigation | No. 2:16-CV-2373-HRH |
| | No. 2:16-CV-2660-HRH |
| | No. 2:16-CV-2775-HRH |
| | -and- |
| | No. 2:16-CV-3599-HRH |
| | |
| | **STIPULATION RE MODIFICATIONS TO EXPERT DEADLINES** |

1        STIPULATION RE
MODIFICATIONS TO
EXPERT DEADLINES

During the October 13, 2022 telephonic conference with the Court, counsel noted that the scheduling of multiple depositions in this case after the October 14, 2022 close of discovery (Dkt. 465) would likely necessitate certain modest adjustments to the existing expert-related deadlines. The parties have conferred, and have agreed to a modified schedule for expert deadlines which, consistent with the Court's direction at the October 13, 2022 teleconference, does not modify the deadline for filing dispositive motions or any other deadlines for filings with the Court and also does not modify the date of the Settlement Conference scheduled for November 8, 2022. Specifically, the parties stipulate to the following modified schedule:

| Event | Current Deadline (Dkt. 437 unless otherwise noted) | Revised Deadline |
|---|---|---|
| Deadline for completing pending depositions of Walgreens witnesses | 11/4/22 (Dkt. 491)[1] | 11/4/22 |
| Settlement conference | 11/8/22 (Dkt. 479) | 11/8/22 |
| Plaintiffs' expert disclosures due | 10/28/22 | 11/15/22 |
| Defendants' expert disclosures due | 12/2/22 | 12/20/22 |
| Plaintiffs' rebuttal expert disclosures due | 12/30/22 | 1/17/23 |
| Deadline for parties' letter briefs with anticipated MSJs | 1/20/23 | 1/20/23 |
| Deadline for parties to call the Court to schedule pre-motion conference | 1/20/23 | 1/20/23 |
| Deadline to complete expert depositions | 1/27/23 | 2/3/23 |
| Dispositive motions deadline | 2/24/23 | 2/24/23 |

DATED this 18th day of October, 2022.

---

[1] The close of discovery was previously scheduled for October 14, 2022 (Dkt. 465).

STIPULATION RE MODIFICATIONS TO EXPERT DEADLINES

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP


By  */s/ Roger N. Heller*
    Michael W. Sobol (Pro Hac Vice)
    Roger N. Heller (Pro Hac Vice)
    Melissa Gardner (Pro Hac Vice)
    Michael K. Sheen (Pro Hac Vice)
    LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
    Embarcadero Ctr. West
    275 Battery Street, 29th Floor
    San Francisco, CA 94111 -3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
    Email: msobol@lchb.com
    Email: rheller@lchb.com
    Email: mgardner@lchb.com
    Email: msheen@lchb.com

    Mark D. Samson, Bar No. 011076
    Ron Kilgard, Bar No. 005902
    3101 North Central Avenue, Suite 1400
    Phoenix, AZ 85012
    Telephone:  (602) 248-0088
    Facsimile:  (602) 248-2822
    msamson@kellerrohrback.com
    rkilgard@kellerrohrback.com

    Lynn Lincoln Sarko (*Pro Hac Vice*)
    Gretchen Freeman Cappio (*Pro Hac Vice*)
    Benjamin Gould (*Pro Hac Vice*)
    KELLER ROHRBACK L.L.P.
    1201 3rdThird Ave., Ste. 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: bgould@kellerrohrback.com

*Co-Lead Class Counsel*

By: */s/ Fred. B. Burnside*
    Stephen M. Rummage, *Pro Hac Vice*
    Fred B. Burnside, *Pro Hac Vice*
    DAVIS WRIGHT TREMAINE LLP
    920 Fifth Avenue, Suite 3300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Seattle, WA 98104-1610
steverummage@dwt.com
fredburnside@dwt.com

*Attorneys for Defendant Ramesh Balwani*

By: */s/ Lawrence P. Fogel*
Kara L. McCall
kmccall@sidley.com
Kristen R. Seeger
kseeger@sidley.com
Lawrence P. Fogel
lawrence.fogel@sidley.com
Stephanie C. Stern
sstern@sidley.com
Andrew F. Rodheim
arodheim@sidley.com
SIDLEY AUSTIN LLP

*Counsel for Defendants*
*Walgreens Boots Alliance, Inc. and*
*Walgreen Arizona Drug Co.*


By: */s/ Elizabeth Holmes*
Elizabeth Holmes
*Pro Se*

2467279.2

4

STIPULATION RE
MODIFICATIONS TO
EXPERT DEADLINES