Mark D. Samson, Bar No. 011076
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822
msamson@kellerrohrback.com

Michael W. Sobol (pro hac vice)
Roger N. Heller (pro hac vice)
Melissa Gardner (pro hac vice)
John D. Maher (pro hac vice)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com
Email: jmaher@lchb.com

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC., Litigation | No. 2:16-CV-2138-DGC<br>(Consolidated with)<br>No. 2:16-CV-2373-HRH<br>No. 2:16-CV-2660-HRH<br>No. 2:16-CV-2775-HRH<br>-and-<br>No. 2:16-CV-3599-HRH<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO PARTIALLY MODIFY SCHEDULE FOR *DAUBERT* MOTION** |

Under the schedule set by the Court (Dkt. 510), *Daubert* motions filed by the parties related to Walgreens' upcoming summary judgment motion are scheduled to be

1

briefed pursuant to the following schedule (which coincides with the briefing schedule set for the summary judgment motion itself):

- February 24, 2023: *Daubert* motions due;
- March 24, 2023: Responses to *Daubert* motions due;
- April 14, 2023: Replies in support of *Daubert* motions due.

The deposition for one of Walgreens' experts, Prof. Yael Hochberg, which was scheduled to take place on February 1, 2023, had to be rescheduled due to a family emergency with the Plaintiffs' counsel taking the deposition. The new date for Prof. Hochberg's deposition is February 22, 2023.

Because the new date for Prof. Hochberg's deposition is just two days before the current deadline for summary judgment-related *Daubert* motions, Plaintiffs hereby request a slight modification to the *Daubert* briefing schedule related to Prof. Hochberg only. Specifically, Plaintiffs are requesting, and Walgreens does not oppose, the following modified schedule for a *Daubert* motion (if any) related to Prof. Hochberg. Such motion (if one is filed) would still be fully briefed at the same time as the summary judgment motion and any other summary judgment-related *Daubert* motions:

- March 3, 2023: *Daubert* motion re Prof. Hochberg, if any, due;
- March 31, 2023: Response to any *Daubert* motion re Prof. Hochberg due;
- April 14, 2023: Reply in support of any *Daubert* motion re Prof. Hochberg due.

Walgreens does not oppose this request. The proposed modification would not affect the briefing schedule for the summary judgment motion or for any other *Daubert* motions, as set forth in Dkt. 510, nor would it affect the April 25, 2023 hearing date.

Dated this 10th day of February, 2023.

*/s/ Roger N. Heller*
Michael W. Sobol (Pro Hac Vice)
Roger N. Heller (Pro Hac Vice)

2

|   |   |
|---|---|
| 1 | Melissa Gardner (Pro Hac Vice) |
| 2 | John D. Maher (Pro Hac Vice) |
|   | Michael K. Sheen (Pro Hac Vice) |
| 3 | Amelia Haselkorn (Pro Hac Vice) |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| 5 | 275 Battery St, 29th Floor |
|   | San Francisco, CA 94111 |
| 6 | Telephone: (415) 956-1000 |
| 7 | Facsimile: (415) 956-1008 |
|   | Email: msobol@lchb.com |
| 8 | Email: rheller@lchb.com |
|   | Email: mgardner@lchb.com |
| 9 | Email: jmaher@lchb.com |
| 10 | Email: msheen@lchb.com |
|   | Email: ahaselkorn@lchb.com |
| 11 | Co-Lead Class Counsel |
| 12 |  |
|   | Lynn Lincoln Sarko (Pro Hac Vice) |
| 13 | Gretchen Freeman Cappio (Pro Hac Vice) |
| 14 | Benjamin B. Gould (Pro Hac Vice) |
|   | Gabriel E. Verdugo (Pro Hac Vice) |
| 15 | Sydney Read (Pro Hac Vice) |
|   | 1201 3rd Ave., Ste. 3200 |
| 16 | Seattle, WA 98101 |
| 17 | Telephone: (206) 623-1900 |
|   | Facsimile: (206) 623-3384 |
| 18 | Email: lsarko@kellerrohrback.com |
| 19 | Email: gcappio@kellerrohrback.com |
|   | Email: bgould@kellerrohrback.com |
| 20 | Email: gverdugo@kellerrohrback.com |
|   | Email: sread@kellerrohrback.com |
| 21 |  |
| 22 | Mark D. Samson, Bar No. 011076 |
|   | Alison E. Chase, Bar No. 028987 |
| 23 | KELLER ROHRBACK L.L.P. |
|   | 3101 North Central Avenue, Suite 1400 |
| 24 | Phoenix, AZ 85012 |
| 25 | Telephone: (602) 248-0088 |
|   | Facsimile: (602) 248-2822 |
| 26 | msamson@kellerrohrback.com |
|   | achase@kellerrohrback.com |
| 27 |  |
| 28 |  |