Mark D. Samson, Bar No. 011076
Ron Kilgard, Bar No. 005902
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822
Email: msamson@kellerrohrback.com
Email: rkilgard@kellerrohrback.com

Michael W. Sobol (*pro hac vice*)
Roger N. Heller (*pro hac vice*)
Melissa Gardner (*pro hac vice*)
John D. Maher (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com
Email: jmaher@lchb.com

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

Kristen R. Seeger (*pro hac vice*)
Kara L. McCall (*pro hac vice*)
Lawrence P. Fogel (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago, IL 60603
Telephone:  312-853-7000
Email: kseeger@sidley.com
Email: kmccall@sidley.com
Email: lawrence.fogel@sidley.com

*Counsel for Defendants Walgreens Boots Alliance, Inc. & Walgreen Arizona Drug Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC. Litigation | **No. 2:16-cv-2138- DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373- HRH<br>No. 2:16-cv-2660- HRH<br>No. 2:16-cv-2775- DGC<br>                    -and-<br>No. 2:16-cv-3599- DGC<br><br>**JOINT NOTICE OF SETTLEMENT** |

1    Plaintiffs and Defendants Walgreens Boots Alliance, Inc. and Walgreen Arizona
2 Drug Co. ("Walgreens") submit this joint notice of settlement. Plaintiffs and Walgreens
3 have reached an agreement in principle to resolve Plaintiffs' claims against Walgreens in
4 this litigation on a class basis.

5    Plaintiffs and Walgreens jointly request that the Court vacate the current schedule
6 and stay proceedings pending the filing of a proposed settlement agreement. The parties
7 anticipate that their proposed settlement agreement, as well as a motion for preliminary
8 approval, will be filed with the Court within approximately three weeks.

9    DATED: May 22, 2023

By: *s/ Gretchen Freeman Cappio*

KELLER ROHRBACK L.L.P.
Mark D. Samson
msamson@kellerrohrback.com
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Gretchen Freeman Cappio
gcappio@kellerrohrback.com
Alison E. Chase
achase@kellerrohrback.com
Benjamin Gould
bgould@kellerrohrback.com
Sydney Read
sread@kellerrohrback.com


By: *s/ Roger N. Heller*

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol
msobol@lchb.com
Roger N. Heller
rheller@lchb.com
Melissa Gardner
mgardner@lchb.com
John D. Maher
jmaher@lchb.com
Michael K. Sheen
msheen@lchb.com
Amelia Haselkorn

2

ahaselkorn@lchb.com

*Class Counsel*

By: *s/   Lawrence P. Fogel*

PAPETTI SAMUELS WEISS
MCKIRGAN LLP
Bruce Samuels
bsamuels@PSWMlaw.com

SIDLEY AUSTIN LLP
Kara L. McCall (*pro hac vice*)
kmccall@sidley.com
Kristen R. Seeger (*pro hac vice*)
kseeger@sidley.com
Lawrence P. Fogel (*pro hac vice*)
lawrence.fogel@sidley.com
Stephanie C. Stern (*pro hac vice*)
sstern@sidley.com
Andrew F. Rodheim (*pro hac vice*)
arodheim@sidley.com

*Counsel for Defendants
Walgreens Boots Alliance, Inc. and
Walgreen Arizona Drug Co.*