1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTICT OF ARIZONA**

| | |
|---|---|
| IN RE:  Arizona THERANOS, INC., Litigation | No. CV-16-02138-PHX-DGC |
| | (Consolidated) |
| | **ORDER** |

The Court has received the notice of settlement between Plaintiffs and Walgreens and subsequent filings. The litigation schedule in this case is vacated. Plaintiffs and Walgreens shall file a motion for preliminary approval of the settlement within 30 days.  Within the same time, Plaintiffs shall also advise the Court of the status of settlement talks with Mr. Balwani and Ms. Holmes.

Dated this 24th day of May, 2023.

David G. Campbell
Senior United States District Judge