**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re:<br><br>Arizona THERANOS, INC. Litigation, | **No. CV-16-2138-PHX-DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-DGC<br>        -and-<br>No. 2:16-cv-3599-DGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF DATE FOR FILING SETTLEMENT PAPERS** |
|---|---|

Pending before the Court is the parties' stipulation for extension of date for filing settlement papers. Doc. 582.

**IT IS ORDERED** the stipulation (Doc. 582) is granted. Plaintiffs and Walgreens shall file a motion for preliminary approval of their settlement by **July 7, 2023**.

Dated this 22nd day of June, 2023.

*David G. Campbell*
David G. Campbell
Senior United States District Judge