IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In re: | No. CV-16-2138-PHX-DGC |
|---|---|
| Arizona THERANOS, INC. Litigation, | (Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-DGC<br>          -and-<br>No. 2:16-cv-3599-DGC |
| | **ORDER GRANTING STIPULATION FOR EXTENSION OF DATE FOR FILING SETTLEMENT PAPERS** |

Pending before the Court is the parties' stipulation for extension of date for filing settlement papers.  Doc. 584.

**IT IS ORDERED** the stipulation (Doc. 584) is granted. Plaintiffs and Walgreens shall file a motion for preliminary approval of their settlement by **July 21, 2023**.

Dated this 6th day of July, 2023.

_David G. Campbell_
David G. Campbell
Senior United States District Judge

1