IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In re:<br><br>Arizona THERANOS, INC. Litigation, | No. CV-16-2138-PHX-DGC<br><br>(Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-DGC<br>                -and-<br>No. 2:16-cv-3599-DGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF DATE FOR FILING SETTLEMENT PAPERS** |
|---|---|

Pending before the Court is the parties' stipulation for extension of date for filing settlement papers.  Doc. [586].

**IT IS ORDERED** the stipulation (Doc. 586) is **granted**.  Plaintiffs shall file a motion for preliminary approval of their settlement by **August 21, 2023**.

Dated this 21st day of July, 2023.

David G. Campbell
Senior United States District Judge

1