IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC. Litigation, | **No. CV-16-2138-PHX-DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373-HRH<br>No. 2:16-cv-2660-HRH<br>No. 2:16-cv-2775-DGC<br>　　　　　　-and-<br>No. 2:16-cv-3599-DGC<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF DATE FOR FILING SETTLEMENT PAPERS** |

Pending before the Court is the parties' stipulation for extension of date for filing settlement papers. Doc. 589.

**IT IS ORDERED** the stipulation (Doc. 589) is **granted.** Plaintiffs shall file a motion for preliminary approval of their settlement by **September 6, 2023.**

Dated this 21st day of August, 2023.

_David G. Campbell_
David G. Campbell
Senior United States District Judge