EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Arizona THERANOS, INC. Litigation | No. 2:16-cv-2138-DGC<br>(Consolidated with)<br>No. 2:16-cv-2373- HRH<br>No. 2:16-cv-2660- HRH<br>No. 2:16-cv-2775- DGC<br>No. 2:16-cv-3599- DGC<br><br>**DECLARATION OF ARTHUR OLSEN REGARDING CLASS DATA LIST** |

I, ARTHUR OLSEN, declare and state as follows:

## **INTRODUCTION AND BACKGROUND**

1.     I served as Plaintiffs' Database Expert in this action.  I am the principal of my own Information Technology ("IT") consulting firm, Cassis Technology, LLC, and have over 25 years of professional experience in the IT field, specializing in the areas of data analysis, database development, database administration, and database support.  My qualifications and background are set forth in my consultant profile ("Profile"), which is attached hereto as **Exhibit A**.  A list of the cases in which I have offered testimony during the past four years, either in deposition or at trial, is attached hereto as **Exhibit B**.

2.     Since 2008, I have been engaged on a large number of litigation consulting and testifying projects.  For example, I previously provided trial testimony and was qualified as an expert witness in a consumer lawsuit against Wells Fargo relating to its overdraft practices and fees, which ultimately resulted in a judgment of $203 million against Wells Fargo.  *See Gutierrez v. Wells Fargo Bank, N.A.*, 730 F. Supp. 2d 1080 (N.D. Cal. 2010).  In its Order awarding restitution to the class members, the court found that I had done a "professional and careful job" in connection with this work:

This order finds that plaintiffs' expert Arthur Olsen has convincingly shown that it is entirely practical to re-run the computerized data in storage for each class members' account and determine how many overdrafts were added by the high-to-low practice for debit-card transactions during the class period. Indeed, he has already done so, using various alternate posting sequences. This has been done by him on an account-by-account, day-by-day, and transaction-by-transaction basis, using the bank's own real-world data. Court orders were needed to provide him access to this data, but-after much work and time-this order finds that Expert Olsen has done a professional and careful job in laying out the impacts of various alternative posting protocols. This work has not only demonstrated the enormous impact of the high-to-low scheme, but it has demonstrated that it is possible, in considering relief and restitution, to add back to depositors' specific accounts the amounts that were wrongfully taken by Wells Fargo, using posting protocols that this order finds would have tracked the ordinary and reasonable expectations of depositors.

*Id.* at 1138.

3.     I submit this Declaration in response to the Court's request at the September 22, 2023 hearing on Preliminary Approval of Class Action Settlement for more information regarding the data on which Plaintiffs' estimates regarding the Settlement Class and Walgreens Edison Subclass size and anticipated payment amounts are based.

## THE CLASS NOTICE LIST AND THE DATA LIST

4.     In February 2022, I was assigned by the Court to "provide the Class Administrator and counsel for all parties with a list (the 'Class Notice List') of Arizona and California Theranos patients for whom a mailing address, an email address, or both is available in the spreadsheets produced by Theranos and the Theranos Assignee in this litigation, along with their corresponding mail and/or email addresses." Dkt. No. 447 at 3. I performed this task by systematically reviewing, analyzing, and processing 5,420 spreadsheets that had been produced in the case to identify potentially pertinent information for the task. It is my understanding that the Class Notice List that I provided

DECLARATION OF ARTHUR OLSEN

was, in fact, used by the Notice Administrator in connection with sending class notices by mail and/or by email.

5.      My second assignment in this case was to use data produced in this case to expand on the Class Notice List that I provided earlier, which only included certain data fields deemed pertinent to sending notices.  For this second assignment, I created a "Class Data List" that included the following data elements, where available in the data: (a) Accession Number (which I understand represents a particular "visit" for Theranos testing); (b) Patient Name; (c) Mailing Address; (d) Email Address; (e) Date of Birth; (f) Visit Date; (g) Visit Cancelled Flag; (h) Blood Draw Location; (i) Blood Draw State; (j) Blood Draw Type; (k) Tiny Blood Draw Flag; (l) Blood Draw Person; (m) Walgreens Employee Flag (*i.e.*, whether the Blood Draw Person was a Walgreens employee); (n) Payment Amount; (o) Insurance Payment Type; (p) Coupon Info; (q) Arizona Attorney General Refund Amount; (r) Arizona Attorney General Refund Cashed Flag; and (s) Walgreens Payment Amount.  I identified 2,977 spreadsheets that contained at least one data element relevant to my tasks.  Because many data elements were found in multiple spreadsheets, I ultimately drew data from a subset (440) of those spreadsheets for the Class Data List.

6.      Fields on the Class Data List that I understand are being used in connection with calculating the cost of blood draws associated with Theranos testing were populated as follows:

      a.      Payment Amount – populated using the values in the TotalCharges and Total Amount Due ($) fields in spreadsheets bearing THERA-AZ Bates stamps.

      b.      Coupon Info – populated using values in the Coupon Code and CouponUsed fields in spreadsheets bearing THERA-AZ Bates stamps.  These fields contained alphanumeric codes followed by a dollar amount (for example, "H3FXURCVPRXMKAA-$41.13"),

and, where data in the Payment Amount field was available for comparison, was generally consistent with that data for positive values.

c.    Arizona Attorney General Refund Amount – populated using the refund check amounts identified in a spreadsheet that I understand was produced by the settlement administrator for the Arizona Attorney General settlement with Theranos, Bates stamped RUST 006.

d.    Arizona Attorney General Refund Cashed Flag – populated using a spreadsheet that I understand was produced by the settlement administrator for the Arizona Attorney General settlement with Theranos, Bates stamped RUST 001. The possible values in this field were "Cleared" and "Voided."

e.    Walgreens Payment Amount – populated using values associated with an "Encounter ID" in the "Payment collected at POS" and "selling_price_dlrs" fields of spreadsheets bearing WG Bates stamps, which I understand reflect records Walgreens produced regarding data Walgreens collected at the "point of sale" and which Walgreens used to generate invoices to Theranos for sales of Theranos testing.

7.    In general, where data was available for a particular Visit ID in more than one of the Payment Amount, Coupon Info, Arizona Attorney General Refund Amount, and Walgreens Payment Amount fields was a non-zero value, the value was consistent within one cent in multiple fields. Data was not available for all fields for all Visit IDs.

8.    Fields on the Class Data List that I understand are being used in connection with the identification of Class members and Walgreens Edison Subclass members were populated as follows:

-4-

DECLARATION OF ARTHUR OLSEN

a.  Blood Draw Type – populated using values in the Container, Draw Method, Visit Container, Visit Containers, Collection Details, and Container Name fields in in spreadsheets bearing THERA-AZ Bates stamps. Records were removed if the Blood Draw Type field was not blank but did not contain a blood draw type code, containing for example an entry for "Urine" or "Stool" only.

b.  Tiny Blood Draw Flag – this field was set to "Y" if the Blood Draw Type field was blank or contained at least one value containing the text "CTN," which I understand is the term used to indicate fingerstick blood sample collection.

c.  Walgreens Employee Flag – this field was set to "Y" (meaning the Blood Draw Person was identified as a Walgreens employee) if all of the following criteria were present: (a) the visit date was between November 1, 2013 and March 31, 2015 (which I understand is the time period when Walgreens employees performed blood draws); (b) the blood draw state was "AZ" (I understand that Walgreens employees only conducted tiny blood draws in Arizona locations); (c) the value returned for blood draw location started with "WAG," (because entries for Walgreens stores were input as "WAG" plus the 4-5 digit store number); (d) the tiny blood draw flag was "Y;" and (e) the value returned for blood draw person was an exact match for a name in spreadsheets that I understand from Plaintiffs' counsel contain lists of Walgreens employees and/or was an exact match for a

DECLARATION OF ARTHUR OLSEN

name on the chart of Walgreens employees at pages 18-19 of the Declaration of Melissa Gardner (Dkt. No. 439).[1]

9.    Subsequent to compiling the data in the Class Data List as discussed above, I received additional data from the Notice Administrator (JND) including updated values in the Class Data List for patient name, mailing address, and email address to reflect work that JND did in locating updated address information, de-duplicating, and cleaning up and standardizing formatting for names and mailing addresses for purposes of Class notice. That data is reflected in the following five fields of the Class Data List: (a) JND Number; (b) JND UID; (c) JND Patient Name; (d) JND Mailing Address; and (e) JND Email Address.

10.    I provided the results of my analysis in the form of the Class Data List to Plaintiffs' counsel in early 2023, and I understand Plaintiffs provided the same to JND for purposes of implementing the Plan of Allocation in connection with Plaintiffs' proposed class action settlements.

Executed on October 6, 2023, at Seattle, Washington.

By: _____

Arthur Olsen

---

[1] This field would have been set to "Z" if all of the above criteria were met and the tiny blood draw flag was "Y" for the reason that the Blood Draw Type field was blank, rather than containing the text "CTN," because the presence of a Walgreens employee flag indicates that the patient had Theranos testing conducted by a Walgreens employee and I understand Walgreens employees did not perform venipuncture blood draws.  There were no instances on the Class Data List where the Z value was assigned.

DECLARATION OF ARTHUR OLSEN

# EXHIBIT A



# IT CONSULTANT PROFILE:  ARTHUR OLSEN

## BACKGROUND

Specializing in the areas of data analysis, database development, and database administration, Mr. Olsen has over 25 years of professional IT experience.  He has a strong background in both Oracle and Microsoft database technologies, with a focus in developing large-scale applications and designing reporting solutions for publicly traded corporations.  Additionally, he has had valuable experience in analyzing and processing massive amounts of data for use in litigation support.

## SKILLS

- Considerable experience compiling, analyzing and processing data in support of corporate and class-action litigation.
- Extensive training and experience creating functional designs and logical data models.
- Proficient in the wide range of database development and administration technologies including:  Microsoft SQL Server; Oracle RDBMS; and Teradata RDBMS.
- Relevant experience designing, implementing and maintaining large scale database solutions on Oracle and SQL Server, including both online transaction based systems and data warehouses.
- Reporting specialist with experience developing custom reporting solutions based on financial systems such as Microsoft Dynamics and Oracle Financials, as well as custom applications.

## AWARDS

- Award for Operational Excellence | Microsoft
  Recognized for outstanding contribution to the design and implementation of the data warehousing solution for the Microsoft Licensing division.

## CERTIFICATIONS

- Oracle Certified Professional
- Certified Oracle Database Administrator

## EXPERIENCE

**Data Expert:  Litigation Specialist** | retained by various law firms

- Data expert supporting massive multi-district class action litigation, (MDL No. 2036 – *In Re: Checking Account Overdraft Litigation*).

- Processed and analyzed data in support of class action litigation, (*Arnett v. Bank of America, N.A.*, D. Or. Case No. 3:11-CV-01372).

- Processed and analyzed data in support of class action litigation, (*Sheila I. Hofstetter et. al. v. JP Morgan Chase Bank, N.A.*, N.D. Cal. Case No. CV-10-1313 WHA).

- Processed and analyzed data in support of class action litigation, (*Veronica Gutierrez et. al. v. Wells Fargo Bank, N.A.*, N.D. Cal. Case No. 07-05923 WHA), that resulted in a $203 million class restitution award.

**Database Engineer:  Reporting Specialist** | under contract at various clients

- Developed a custom Chart of Accounts management solution that integrates with Microsoft Great Plains for small to mid-size companies.

- Designed and implemented several custom financial reporting solutions, including one for a Fortune 500 company, based on Microsoft Business Intelligence, MOSS, and Excel Services.

- Architected a solution for a large corporation that integrated with Oracle Financials and automated the process of calculating inventory reserves.

**Database Administrator, Developer & Litigation Support Specialist** | under contract at Hewlett Packard, Cupertino, CA

- Primary Database Administrator responsible for both Oracle and SQL Server support for three divisions, including 20+ applications spread out over a total of 30+ development, test and production servers.

- Lead analyst responsible for compiling, analyzing and processing data from various systems throughout HP for use in litigation support.

- Participated as the principal authority in the composition and implementation of SQL Server database standards across the three divisions, including security models, backup and recovery plans, programming standards, and general database naming conventions.

**Database Engineer** | Microsoft Licensing, Inc., Reno, NV

- Participated in the design, implementation and support of an extensive data warehousing solution for Microsoft's licensing division.  System included nearly twenty data sources and several thousand end users, including select customers who accessed the system remotely via the Internet.

- Developed numerous DTS packages to pull delta information from various source systems, process and denormalize data and push it to one of several data repositories.

- Created and documented plans for database maintenance, backup and recovery, and high availability.

**Database Engineer** | under contract at Microsoft Corporation, Redmond, WA

- Lone Oracle database administrator and general Oracle resource for all teams associated with an enterprise level online end user billing system, including: Management, Development, Testing, Production Support and Infrastructure.

- Primary owner of a 24 x 7 production database that resided on a DEC Alpha failover cluster.

- Designed replication model using Oracle replication to satisfy extensive reporting requirements.

- Tuned SQL statements as written by members of the development team. Developed PL/SQL triggers, stored procedures, SQL scripts and NT scripts as needed to enhance applications and to correct problems as discovered.

- Acted as liaison between Microsoft and Oracle for all technical issues related to the databases, and between Microsoft and Digital for all technical issues related specifically to the Alpha cluster.


## EDUCATION

- Microsoft Internal Training – Redmond, WA | March 2000
  Instructor led SQL Server training, including courses on Database Architecture and Administration, Database Tuning, and Microsoft's TSQL

- ARIS Education Center – Bellevue, WA | June 1996
  Oracle DBA Program, including courses on Relational Database Design, Database Architecture and Administration, SQL and PL/SQL, Application Tuning, Database Tuning, and Advanced Database Concepts

- University of Washington – Seattle, WA | June 1989
  BA in Business Administration with a concentration in Finance.

# EXHIBIT B

# CASE LIST: ARTHUR OLSEN
### TESTIMONY GIVEN IN DEPOSITION OR AT TRIAL SINCE JANUARY 2016

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Bickerstaff v. SunTrust Bank* | 7/12/2010 | 10EV010485H | State Court of Fulton County, Georgia |
| *Corvello v. Wells Fargo Home Mortgage* | 10/20/2010 | 4:10-CV-05072-VC | U.S. District Court, Northern District of California |
| *Hawkins, et al. v. First Tennessee Bank* | 9/6/2011 | CT-004085-11 | Circuit Court of Shelby County, Tennessee |
| *In re: Fifth Third Early Access Cash Advance Litigation* | 11/2/2012 | 1:12-cv-00851-MRB | U.S. District Court, Southern District of Ohio |
| *Hernandez, et al. v. Point Loma Credit Union* | 6/18/2013 | 37-2013-00053519-CU-BT-CTL | Superior Court of San Diego County, California |
| *Moss, et al., v. First Premier Bank* | 9/30/2013 | 2:13-CV-05438-JFB-GRB | U.S. District Court, Eastern District of New York |
| *Lusnak, et al. v. Bank of America* | 3/12/2014 | 2:14-cv-01855-GW | U.S. District Court Central District of California |
| *All-South Subcontractors v. Sunbelt Rentals* | 8/22/2014 | 1:14-cv-00124-WLS | U.S. District Court, Middle District of Georgia |
| *Lynch, et al. v. San Diego County Credit Union* | 3/12/2015 | 37-2015-00008551-CU-BT-CTL | Superior Court of San Diego County, California |
| *IN RE: TD Bank, N.A. Debit Card Overdraft Fee Litigation* | Consolidated 4/15/2015 | MDL No. 2613. Civil Action No. 6:15-MN-2613-BHH | U.S. District Court, District of South Carolina |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Hunters Run, et al. v. WCA Waste Corporation* | 6/17/2015 | 1:15-cv-151-MW-GRJ | U.S. District Court, Northern District of Florida |
| *Gunter, et al. v. United Federal Credit Union* | 9/21/2015 | 3:15-cv-00483-MMD-WGC | U.S. District Court, District of Nevada |
| *Stathakos, et al. v. Columbia Sportswear* | 10/2/2015 | 4:15-cv-04543-YGR | U.S. District Court Northern District of California |
| *Morrow, et al. v. Carter's, Inc.* | 5/6/2016 | 1:16-cv-01485-ELR | U.S. District Court Northern District of Georgia |
| *Childress, et al. v. JP Morgan Chase* | 5/31/2016 | 5:16-cv-00298-BO | U.S. District Court Eastern District of North Carolina |
| *Roberts, et al. v. Capital One, N.A.* | 6/22/2016 | 1:16-cv-04841-LGS | U.S. District Court Southern District of New York |
| *Kirkpatrick, et al. v. HomeAway.com* | 6/23/2016 | 1:16-cv-00733-LY | U.S. District Court Western District of Texas |
| *Baker, et al., v. City of Florissant* | 10/31/2016 | 4:16-cv-1693 | U.S. District Court, Eastern District of Missouri |
| *Webb, et al., v. City of Maplewood* | 11/1/2016 | 4:16-cv-1703 | U.S. District Court, Eastern District of Missouri |
| *Liberty Salad, Inc., et al. v. Groundhog Enterprises* | 1/17/2017 | 2:17-cv-00226 | U.S. District Court, Eastern District of Pennsylvania |
| *Hoggard, et. al. v. Nationstar Mortgage* | 1/13/2017 | 1:17cv00099-TK | U.S. District Court, District of Columbia |
| *Custom Hair Design, et al. v. Central Payment* | 8/21/2017 | 8:17-cv-00310 | U.S. District Court, District of Nebraska |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Smith, et al. v. Flagstar Bank* | 8/22/2018 | 3:18-CV-05131-WHA | U.S. District Court, Northern District of California |
| *Clark v. Bank of America, N.A.* | 11/29/2018 | 1:18-cv-3672-SAG | U.S. District Court, District of Maryland |
| *Garcia, et al. v. UMB Bank* | 1/15/2019 | 1916-CV01874 | Circuit Court of Jackson County, Missouri |
| *Baker, et al. v. State Farm* | 2/7/2019 | 4:19-cv-00014-CDL | U.S. District Court, Middle District of Georgia |
| *Blankenship, et al., v. HAPO Community Credit Union* | 2/20/2019 | 19-2-00922-03 | Superior Court of Washington, County of Benton |
| *Howell, et al., v. Eastman Credit Union* | 4/25/2019 | C42517 | Circuit Court for Sullivan County, Tennessee |
| *Walkingstick, et al., v. Simmons Bank* | 5/22/2019 | 6:19-cv-03184-RK | U.S. District Court, Western District of Missouri |
| *Garcia v. JSC Federal Credit Union* | 5/23/2019 | 2019-35818 | District Court of Harris County, Texas |
| *Yarski, et al., v. Knoxville TVA Emp Credit Union* | 6/13/2019 | 3-220-19 | Circuit Court of Knox County, Tennessee |
| *Carnley v. Conduent Business Services* | 9/5/2019 | 5:19-cv-01075-XR | U.S. District Court, Western District of Texas |
| *Nguyen, et al., v. Raymond James & Associates, Inc.* | 1/14/2020 | 8:20-cv-195-CEH-AAS | U.S. District Court, Middle District of Florida |
| *Precision Roofing, et al., v. Centerstate Bank* | 4/6/2020 | 3:20-cv-00352-BJD-JRK | U.S. District Court, Middle District of Florida |

| Case Name | Filing Date | Case Number | Court |
|---|---|---|---|
| *Wilkins v. Simmons Bank* | 4/14/2020 | 3:20-cv-00116-DPM | U.S. District Court, Eastern District of Arkansas |
| *Loguidice v. Gerber Life Insurance Co.* | 4/24/2020 | 7:20-CV-03254 (KMK) | U.S. District Court, Southern District of New York |
| *Grant, et al., v. Centerstate Bank* | 8/18/2020 | 8:20-cv-1920-MSS-AAS | U.S. District Court, Middle District of Florida |
| *Flores v. Intrust Bank, N.A.* | 6/1/2021 | 2021-CV-001724-OT | District Court, Sedgwick County, Kansas |
| *Morrow v. Navy Federal Credit Union* | 6/15/2021 | 1:21-cv-722-MSN-LRV | U.S. District Court, Eastern District of Virginia |
| *Perkins v. Vantage Credit Union* | 8/16/2021 | 21SL-CC03736 | Circuit Court of St. Louis County, State of Missouri |
| *Bulls v. USAA Federal Savings Bank* | 11/24/2021 | 5:21-cv-00488-BO | U.S. District Court, Eastern District of North Carolina |
| *Polvay v. FCTI, Inc.* | 5/25/2022 | 1:22-cv-04315-JSR | U.S. District Court, Southern District of New York |
| *Adams v. Max Credit Union* | 5/11/2023 | 46-cv-2020-900119 | Circuit Court of Macon County, Alabama |