# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

In re :

Arizona THERANOS, INC., Litigation.

No. 2:16-cv-2138-DGC

(Consolidated with)
No. 2:16-cv-2373-HRH
No. 2:16-cv-2660-HRH
No. 2:16-cv-2775-DGC
-and-
No. 2:16-cv-3599-DGC

**DECLARATION OF JENNIFER M. KEOUGH**

I, JENNIFER M. KEOUGH, declare as follows:

1.  I am a Chief Executive Officer (CEO) and President of JND Legal Administration LLC ("JND"). The following statements are based on my personal knowledge and information provided to JND by Counsel and other JND employees working under my supervision and, if called upon to do so, I could and would testify competently thereto.

2.  As described in my Declaration dated September 6, 2023, in 2022, JND was responsible for the implementation of notice of class certification in this matter, pursuant to the notice plan that was approved and directed by the Court. That notice included direct mail/email notice, supplemental notice via digital ads, a press release, a toll-free phone number, and a case website. *See* Dkt. 447, 482-1, 591-16.

3.  JND is being proposed to serve as Settlement Administrator in this case. This Declaration provides details regarding the Class Data Transfer, review and calculation of Class Member Payments, as well as additional information regarding the proposed email campaign for the settlement notice.

## CLASS MEMBER IDENTIFICATION

4. Plaintiffs provided JND with a spreadsheet of customer records generated by Plaintiffs' retained database expert ("Class Data List"). The Class Data List contained 315,281 records, which included, among other information, fields for the name, contact information, dates of birth of potential Class Members as well as test locations, an "accession" number (which is a unique identification number associated with each individual patient visit), testing payment information, data regarding the amounts and status (cashed or unchashed) of checks distributed through the Arizona Attorney General ("AZ AG") settlement with Theranos in 2017, and data regarding who performed the blood draws. JND loaded the Class Data List into a dedicated database for this matter and generated a "Class List" based on that data.

5. <u>Settlement Class</u>: Prior to finalizing the Class List, JND de-duplicated the records in the Class Data List to identify unique Class Members. Where a Class Member had multiple accession numbers (indicating more than one instance of Theranos testing for that Class Member), JND aggregated all of their accessions to their unique Class Member record.

6. In addition, using the proposed class definition/exclusions, JND removed any records identified as belonging to individuals who are not in the Class, specifically (i) Walgreens and its officers, directors, management, employees, subsidiaries, and affiliates; (ii) the judges in this case and members of their immediate families; and (iii) persons who timely and properly opted out pursuant to Federal Rule of Civil Procedure 23(c)(2)(B).

7. After the de-duplication process and exclusions described above, the final Class List includes 198,982 unique Class Member records, representing 299,345 unique accessions for an average of 1.5 visits per Class Member.

8. <u>Walgreens Edison Subclass</u>: After review of the Class Data List, JND determined that there are 7,866 unique Class Member records within the Edison Subclass. JND determined this by identifying the total number of unique Class Member records with at least one visit where the value in the Walgreens Employee Flag field in the Class Data List was "Y".

## THERANOS TESTING COSTS DETERMINATION

9. The Plan of Allocation in this matter provides that Class Member Payments will be calculated using the Theranos Testing Costs reflected in the Class Data List.

10. JND reviewed the following fields in the Class Data List in order to identify the Theranos Testing Cost amount associated with each visit: Payment Amount, Coupon Info, AZ AG Refund Amount and Walgreens Payment Amount. These are the fields that included testing cost information. In any instances where the values in these fields were not all 100% identical, JND used the highest value in those fields for that accession (*i.e.*, visit).

11. The total Theranos Testing Costs reflected in the Class List, for the 264,713 accessions where there was payment amount information, is $10,556,737.19. JND multiplied the Theranos Testing Costs for each accession by two (2) in order to calculate the Unadjusted Class Member Payment per accession. The total value of the Theranos Testing Costs multiplied by two (2) is $21,113,474.38, with the average Theranos Testing Cost per accession, within that population, being $39.88 ($79.76 when multiplied by two (2)).

12. For 34,632 accession records in the Class List, there was no payment information available (i.e., for these records, all of the payment information fields described above were blank). For those instances, pursuant to the Plan of Allocation, JND allocated the average Theranos Testing Cost for those accessions. Including these allocations, the total "Unadjusted Class Member Payments" on which Class Member Payments would be based pursuant to the Plan of Allocation (multiplying all Theranos Testing Costs, including the averages applied for accessions with blank payment data, by two) is $23,875,722.70.

## SETTLEMENT PAYMENT CALCULATION

*Class Member Payments*

13. The Plan of Allocation provides that the Class Member Payment for Class members shall be calculated as follows: (a) $10 (the "Base Payment"); plus (b) two times the amount of the Class Member's Theranos Testing Costs, minus the amount of any negotiated refund checks for that Class Member from the 2017 AZ AG settlement as reflected in the Class Data List. These amounts (other than the $10 base payment portion) will be subject to

a higher or lower *pro rata* adjustment depending on the funds available for distribution ("Net Settlement Fund").

14. The Class Data List included data regarding the AZ AG refunds and whether those refund checks were negotiated or not. A total of 104,142 refund checks were issued to individuals on the Class Data List in the total amount of $4,108,060.21. 81,001 of the refund checks were negotiated, totaling $3,337,199.32. The remaining 23,141 refund checks were not negotiated, totaling $770,860.89.

15. The sum of all Base Payments ($1,989,820), all Unadjusted Class Member Payments ($23,875,722.70), and all Edison Subclass Member Payments ($7,866,000), minus the amount of negotiated AZ AG refunds ($3,337,199.32), is $30,394,343.38.

16. Assuming the total Net Settlement Funds available for distribution to the Class—*i.e.*, the total amount of the Settlements ($45,331,094.88), minus Administrative Costs and any Court-awarded attorneys' fees, costs, and service awards—were $30,422,766.42, the formula for calculating each Class member's Class Member Payment (after applying the *pro rata* adjustments) would be:

$10 base payment + ((1.000895447 * Unadjusted Class Member Payment) – Offset).[1]

17. Based on the same assumption, the average Class Member Payment would be $113.33, and the total amount of Class Member Payments (including the Base Payments and accounting for the AZ AG offset) would be $22,549,722.82.

*Walgreens Edison Subclass Member Payments*

18. The Plan of Allocation provides that each Walgreens Edison Subclass member will receive an additional payment (in addition to their Class Member Payment), the default amount of which is $1,000, which amount will be subject to the same *pro rata* adjustment as the Class Member Payments. Using the same assumption about the amount of the Net Settlement Fund set forth above (regarding the calculation of Class Member Payments), the

---

[1] This formula can also be represented as: $10 + ((1.000895447 * (2 * Theranos Testing Costs)) – Negotiated AZ AG Refund Amount).

amount of each Walgreens Edison Subclass member's Walgreens Edison Subclass Payment (after applying the *pro rata* adjustment) would be approximately $1,000.89 and the total amount of Walgreens Edison Subclass Payments would be approximately $7,873,043.59.

19. The estimated payment amounts described herein may be adjusted if Class members provide additional verified information (*e.g.*, regarding the amount of their Theranos Testing Costs) that is not included in the Class Data List.

## EMAIL NOTICE

20. JND includes an "unsubscribe" link at the bottom of all emails to allow Class Members to remove their email address from any additional email notices from JND. This step is essential to maintain JND's good reputation among the ISPs and reduce complaints relating to the email campaign. JND would recommend that the Email Notices be updated to include a sentence explaining that unsubscribing from the email campaign is not opting out of the class or the Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2023 in Seattle, Washington.

*[signature]*
JENNIFER M. KEOUGH