# EXHIBIT 3

Mark D. Samson, Bar No. 011076
Ron Kilgard, Bar No. 005902
Alison E. Chase, Bar No. 028987
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
msamson@kellerrohrback.com
rkilgard@kellerrohrback.com
achase@kellerrohrback.com

Michael W. Sobol (*Pro Hac Vice*)
Roger N. Heller (*Pro Hac Vice*)
Melissa Gardner (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
rheller@lchb.com
mgardner@lchb.com

*Co-Lead Class Counsel*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

In re:

Arizona THERANOS, INC. Litigation,

**No. 2:16-cv-2138-DGC**

(Consolidated with)
No. 2:16-cv-2373-HRH
No. 2:16-cv-2660-HRH
No. 2:16-cv-2775-DGC
-and-
No. 2:16-cv-3599-DGC

**DECLARATION OF RACHEL P. STOIAN, DORSEY & WHITNEY LLP, COUNSEL TO THE THERANOS (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Rachel P. Stoian, declare as follows:

1. I am an attorney with the law firm Dorsey & Whitney LLP ("Dorsey & Whitney"). Dorsey & Whitney serves as Counsel to the Theranos (assignment for the benefit of creditors), LLC, assignee for the benefit of creditors of Theranos, Inc. ("<u>Theranos ABC</u>" or "<u>Assignee</u>").

2. I make this declaration to address the work of Theranos ABC. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Theranos ABC was formed as a California limited liability company for the purpose of acting as assignee for the benefit of creditors of Theranos, Inc. pursuant to an assignment agreement between Theranos ABC, as assignee, and Theranos, Inc., as assignor, under California law on October 18, 2018. Dorsey & Whitney has acted as counsel to the Assignee since inception of the assignment for benefit of Theranos, Inc.'s creditors.

4. The Assignee set March 11, 2019 as the deadline for submitting claims against the assignment estate. Those claims included:

a. Claims by class plaintiffs in this action;
b. Claims by Walgreens;
c. Claims from Elizabeth Holmes, including both a claim for indemnification for her legal defense and premised on her equity interest in Theranos, Inc.;
d. Claims from Ramesh "Sunny" Balwani for indemnification of his legal defense and premised on his equity in Theranos, Inc.; and
e. A number of smaller claims.

5. Setting aside the claims of Mr. Balwani and Ms. Holmes, class plaintiffs' and Walgreens' claims are the largest claims against the assignment estate, representing over three-quarters of the aggregate value of claims filed.

6. The remaining assets of the assignment estate are limited and are fully encumbered by a certain secured creditor of Theranos, Inc. that has agreed to release certain funds to allow Theranos ABC to make distributions to creditors subject to certain conditions. The maximum amount to be so released is less than $5 million. Distribution of these remaining assets has been delayed by the claims from Mr. Balwani and Ms. Holmes

as resolution of such claims will ultimately dictate how much is available for distributions to all creditors by Theranos ABC.

7. The payment to the class here is fixed pursuant to its proposed agreement with Theranos ABC. Theranos ABC will make the fixed payment to the class on the time called for in the agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2023, at Santa Cruz, CA.

By: *s/ Rachel P. Stoian*
Rachel P. Stoian