Mark D. Samson, Bar No. 011076
Ron Kilgard, Bar No. 005902
Alison E. Chase, Bar No. 028987
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone:  (602) 248-0088
Facsimile:  (602) 248-2822
Email: msamson@kellerrohrback.com
Email: rkilgard@kellerrohrback.com
Email: achase@kellerrohrback.com

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

Michael W. Sobol (*Pro Hac Vice*)
Roger N. Heller (*Pro Hac Vice*)
Melissa Gardner (*Pro Hac Vice*)
John D. Maher (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com
Email: jmaher@lchb.com

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC. Litigation, | **No. 2:16-cv-2138- DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373- HRH<br>No. 2:16-cv-2660- HRH<br>No. 2:16-cv-2775- DGC<br>                    -and-<br>No. 2:16-cv-3599- DGC<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS** |

Plaintiffs respectfully submit this unopposed motion for enlargement of the page limit applicable to their forthcoming Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Expenses and Class Representative Service Awards.

Plaintiffs have endeavored to present their arguments in favor of final approval and their attorneys' fees and expenses concisely, but, given the complex nature and rich history

1

of the case, Plaintiffs estimate it may take twenty-five (25) pages to articulate the argument in favor of final approval properly and thoroughly and twenty-five (25) pages to articulate the argument in favor of attorney's fees properly and thoroughly. Plaintiffs asked the relevant Defendants, *i.e.* the Walgreens Defendants and Ramesh Balwani, whether they oppose this request, and counsel for these Defendants have confirmed that they do not oppose.

Accordingly, Plaintiffs' request that the page limit for its Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Expenses and Service Awards be enlarged to twenty-five (25) pages each is unopposed and is supported by good cause, and Plaintiffs' respectfully request that their request be granted.

DATED this 17th day of November, 2023.

KELLER ROHRBACK L.L.P.

By *s/ Alison E. Chase*
    Mark D. Samson, Bar No. 011076
    Ron Kilgard, Bar No. 005902
    Alison E. Chase, Bar No. 028987
    3101 North Central Avenue, Suite 1400
    Phoenix, AZ 85012
    Telephone:  (602) 248-0088
    Facsimile:  (602) 248-2822
    Email: msamson@kellerrohrback.com
    Email: rkilgard@kellerrohrback.com
    Email: achase@kellerrohrback.com

    Lynn Lincoln Sarko, Bar No. 35345 (*Pro Hac Vice*)
    Gretchen Freeman Cappio (*Pro Hac Vice*)
    Benjamin B. Gould (*Pro Hac Vice*)
    Sydney Read (*Pro Hac Vice*)
    KELLER ROHRBACK L.L.P.
    1201 Third Ave., Ste. 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: bgould@kellerrohrback.com
    Email: sread@kellerrohrback.com

Michael W. Sobol (*Pro Hac Vice*)
Roger N. Heller (*Pro Hac Vice*)
Melissa Gardner (*Pro Hac Vice*)
John D Maher (*Pro Hac Vice*)
Michael K. Sheen (*Pro Hac Vice*)
Amelia Haselkorn (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
Embarcadero Ctr West
275 Battery St, 29th Floor
San Francisco, CA 94111
Telephone (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com
Email: jmaher@lchb.com
Email: msheen@lchb.com
Email: ehaselkorn@lchb.com

*Co-Lead Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/Leslie Nims*
Leslie Nims