Mark D. Samson, Bar No. 011076
Ron Kilgard, Bar No. 005902
Alison E. Chase, Bar No. 028987
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
msamson@kellerrohrback.com
rkilgard@kellerrohrback.com
achase@kellerrohrback.com

Michael W. Sobol (*Pro Hac Vice*)
Roger N. Heller (*Pro Hac Vice*)
Melissa Gardner (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
rheller@lchb.com
mgardner@lchb.com

*Co-Lead Class Counsel*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC. Litigation, | **No. 2:16-cv-2138- DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373- HRH<br>No. 2:16-cv-2660- HRH<br>No. 2:16-cv-2775- DGC<br>              -and-<br>No. 2:16-cv-3599- DGC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS**<br><br>Hon. David G. Campbell<br>Courtroom 603<br>Date: February 6, 2024<br>Time: 1:00 p.m. |

2895309.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 6, 2024, at 1:00 p.m., in Courtroom 603 of the United States District Court for the District of Arizona, located at the Sandra Day O'Connor United States Courthouse, 401 W. Washington St., Phoenix, Arizona 85003, Plaintiffs A.R., B.P., B.B., D.L., M.P., R.G., A.J. (as personal representative of the estate of S.J.), and S.L. ("Plaintiffs") will and hereby do move for an order (1) awarding Class Counsel attorneys' fees in the amount of $13,200,000; (2) awarding $1,160,911.20 in reimbursement of litigation expenses; and (3) awarding the seven Class Representatives service awards of $10,000 each, with such amounts to be paid from the common settlement fund. This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Declaration of Roger Heller and Gretchen Freeman Cappio in Support of Plaintiffs' Motion for Final Approval of Class Action Settlements and Motion for Attorneys' Fees, Expenses, and Service Awards; the Declaration of Matthew George (Kaplan Fox Kilsheimer, LLP); the Declaration of David Wright (McCune Wright Arevalo, LLP); the Declaration of Leonard Aragon (Hagens Berman Sobol Shapiro LLP); the Declarations of A.R., B.B., B.P., D.L., R.G., and S.L.; the filings in this action; the arguments of counsel; and any other matter that the Court may properly consider.

Plaintiffs respectfully request that the Court Grant Preliminary Approval of Class Action Settlements as proposed.

DATED this 22nd day of November, 2023.

| | |
|---|---|
| 1 | |
| 2 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| 3 | By: *s/ Roger N. Heller* |
| 4 | Michael W. Sobol (*Pro Hac Vice*)<br>Roger N. Heller (*Pro Hac Vice*)<br>Melissa Gardner (*Pro Hac Vice*) |
| 5 | Michael K. Sheen (*Pro Hac Vice*)<br>John D. Maher (*Pro Hac Vice*) |
| 6 | Amelia A. Haselkorn (*Pro Hac Vice*)<br>275 Battery St, 29th Floor |
| 7 | San Francisco, CA 94111<br>Telephone: (415) 956-1000 |
| 8 | Facsimile: (415) 956-1008<br>Email: msobol@lchb.com |
| 9 | Email: rheller@lchb.com<br>Email: mgardner@lchb.com |
| 10 | Email: msheen@lchb.com<br>Email: jmaher@lchb.com |
| 11 | Email: ahaselkorn@lchb.com |
| 12 | Mark D. Samson, Bar No. 011076<br>Ron Kilgard, Bar No. 005902 |
| 13 | Alison E. Chase, Bar No. 028987<br>KELLER ROHRBACK L.L.P. |
| 14 | 3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012 |
| 15 | Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822 |
| 16 | Email: msamson@kellerrohrback.com<br>Email: rkilgard@kellerrohrback.com |
| 17 | Email: achase@kellerrohrback.com |
| 18 | Lynn Lincoln Sarko, Bar No. 35345 (*Pro Hac Vice*)<br>Gretchen Freeman Cappio (*Pro Hac Vice*) |
| 19 | Benjamin B. Gould (*Pro Hac Vice*)<br>Sydney Read (*Pro Hac Vice*) |
| 20 | KELLER ROHRBACK L.L.P.<br>1201 3rd Ave., Ste. 3200 |
| 21 | Seattle, WA 98101<br>Telephone: (206) 623-1900 |
| 22 | Facsimile: (206) 623-3384<br>Email: lsarko@kellerrohrback.com |
| 23 | Email: gcappio@kellerrohrback.com<br>Email: bgould@kellerrohrback.com |
| 24 | Email: sread@kellerrohrback.com |
| 25 | *Co-Lead Class Counsel* |
| 26 | |
| 27 | |
| 28 | |

2895309.1                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Roger N. Heller*