# THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re : <br><br> Arizona THERANOS, INC. Litigation, | No. 2:16-cv-2138-DGC <br><br> (Consolidated with) <br> No. 2:16-cv-2373- HRH <br> No. 2:16-cv-2660- HRH <br> No. 2:16-cv-2775- DGC <br> -and- <br> No. 2:16-cv-3599-DGC <br><br> **DECLARATION OF JENNIFER KEOUGH REGARDING OBJECTIONS TO THE SETTLEMENT** |

I, Jennifer Keough, hereby declare and state as follows:

1. I am the CEO and President of JND Legal Administration LLC ("JND"). This Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. The purpose of this Declaration is to provide the Court with an update regarding the objections to the Settlement received as a result of the Notice Program pursuant to Section 29 of the Court's *Order Granting Prelimiary Approval of Class Action Settlement* entered October 10, 2023.

3. As of January 23, 2024, JND has not received and is not aware of any objections to the Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2024 at Seattle, Washington.

_____
Jennifer Keough