1  THE United States District Court
District of ARIZONA
2

3   In re :                               No. 2:16-cv-2138-DGC

4   Arizona THERANOS, INC. Litigation,    (Consolidated with)
                                          No. 2:16-cv-2373- HRH
5                                         No. 2:16-cv-2660- HRH
                                          No. 2:16-cv-2775- DGC
6                                              -and-
                                          No. 2:16-cv-3599-DGC
7
                                          **SUPPLEMENTAL DECLARATION OF**
8                                         **JENNIFER KEOUGH REGARDING**
                                          **NOTICE ADMINISTRATION**
9

10

I, Jennifer Keough, hereby declare and state as follows:

1. I am the CEO and President of JND Legal Administration LLC ("JND"). This Declaration is based on my personal knowledge as well as upon information provided to me by experienced JND employees, and if called upon to do so, I could and would testify competently thereto.

2. This declaration is intended to supplement the Declaration of Jennifer Keough Regarding Notice Administration filed November 22, 2023 (ECF No. 611-9) (the "November Keough Declaration").

## DIRECT NOTICE CAMPAIGN

3. As reported to the Court in my Declaration dated October 6, 2023 (Dkt. 598-2), JND identified 198,982 unique Class Member records in the Class List, including 7,866 unique Class Member records within the Walgreens Edison Subclass.

4. Between October 31, 2023, and November 9, 2023, JND sent direct individual Notice to all Class Members for whom contact information was available.

5. As noted in the November Keough Declaration, JND sent Email Notice to 41,162 Class Members. Where the Email Notice was returned as undeliverable, or where the Class Member did not have an email address, JND sent a Postcard Notice.

6. JND mailed 155,537 Postcard Notices, including where a postcard was sent as a result of an undeliverable email, of which 148,654 were sent to Class Members not within the Walgreens Edison Subclass (Postcard A), and 6,883 where the Class Members were within the Walgreens Edison Subclass (Postcard B).

7. As of the date of this Declaration, JND has tracked 27,753 postcard notices from Postcard A and 1,486 postcard notices from Postcard B returned as undeliverable. Of the 29,239 undeliverable postcard notices, JND promptly remailed 986 Postcard A and 40 Postcard B to forwarding addresses provided by USPS. Where a forwarding address was not provided, JND conducted advanced address research to attempt to locate a better address and remailed an additional 16,163 Postcard A and 918 Postcard B notices.

## PRINT NOTICE

8. As previously reported in the November Keough Declaration, ¶ 17, to supplement the direct

1  notice effort, JND secured one print notice placement in the Wednesday, November 22, 2023 issue
2  of the Arizona Republic. With a daily circulation of 71,568, the Arizona Republic is the state's
3  largest daily newspaper. A copy of the publication ad as it appeared in the newspaper was attached
4  as Exhibit E to the November Keough Declaration.

**DIGITAL NOTICE**

6  9.  To further supplement the direct notice effort, JND launched a 60-day digital campaign
7  from November 9, 2023 through January 8, 2024. The digital effort was geo-targeted to adults 18
8  years of age or older in Arizona and California's Bay Area/Silicon Valley, the areas in which the
9  Theranos blood tests were primarily purchased. A total of 8,998,516 digital impressions were
10 successfully delivered through the Google Display Network ("GDN"), Facebook, Instagram, and
11 a programmatic provider. Overall, the digital effort delivered 698,516 impressions more than
12 what was originally planned.

13 10.  A portion of the GDN impressions were allocated to a blend of contextual and behavioral
14 targeting to adults who recently or currently browsed information related to Theranos, blood
15 testing, lab testing, modern medicine, and personalized medicine. The GDN effort also included
16 Spanish language digital ads on Spanish language sites. A portion of the Facebook and Instagram
17 impressions were allocated towards users with an interest in laboratory, medicine, Modern
18 Healthcare (publication), regenerative medicine, health care and/or works in healthcare and
19 medical services. The programmatic display impressions were targeted to online users through a
20 custom keyword list related to the settlement.

21 11.  The digital activity was served across all devices (desktop, laptop, tablet and mobile), with
22 an emphasis on mobile devices. The digital ads directly linked Class Members to the Settlement
23 Website where they had access to more information about the settlement. Screenshots of the digital
24 ads, as they appeared online, were attached as Exhibit F to the November Keough Declaration.

**SETTLEMENT WEBSITE**

26 12. JND has continued to maintain the case Website, www.TheranosLawsuit.com, so that
27 Class Members may obtain more information about the settlement, their rights, important dates
28 and deadlines, and related information.

13. The Website hosts an electronic estimated payment tool where Class Members may view their estimated payment. The Website also provides tools for Class Members to update their address. Additionally, Class Members who received a Mailed Notice with no name on file (directed toward "Resident"), may update the name on their record.

14. The Website also allowed visitors who did not receive a notice, but who believe they are Class Members, to provide JND with their contact information, including their DOB, until January 8, 2024 so that JND can determine whether they are included within the Class Data List.

15. Finally, the Website also provides answers to frequently asked questions, important case documents such as the Long Form Notice (available in English and Spanish), as well as contact information for the Settlement Administrator and Class Counsel.

16. As of January 30, 2024, the Website has tracked 33,886 unique users with 116,545 pageviews. JND will continue to update and maintain the Website throughout the administration process.

**SETTLEMENT ADMINISTRATOR CONTACT INFORMATION**

17. JND continues to maintain the email address, info@TheranosLawsuit.com, where Class Members may direct inquiries or provide information to the Settlement Administrator.

18. As of January 30, 2024, the settlement inbox has received 1,965 emails.

19. JND will also continue to maintain the toll-free telephone number, 1-866-615-0978, where callers may obtain more information about the settlement and their rights.

20. As of January 30, 2024, the toll-free telephone number has received 827 calls.

**OBJECTIONS**

21. Class Members had the option to file an objection to the settlement by January 8, 2024. As of the date of this Declaration, JND has not received and is not aware of any Objections to the Settlement.

**"RESIDENT" NOTICE RECIPIENTS**

22. As noted in the November Keough Declaration, JND sent a slightly modified version of Postcard A to the 18,792 Class Members for whom no name was available in the Class List, to advise them they must take action to update their name in order to receive a payment. Because the

1   Plan of Allocation provides for the direct distribution of checks without a claims process, and
2   because checks cannot be issued without specifying the name of the recipient, the Class Member's
3   name is a necessary prerequisite to issuing their payment. Accordingly, prior to the commencement
4   of the Class Notice program, JND investigated whether it would be feasible to ascertain the names
5   missing from the Class List based upon the available data, *i.e.*, contact information as well as the
6   Class Members' dates of birth, which data points were available in the Class List for all but 44 of
7   the records for which no name was available. JND determined that it would not be feasible to
8   ascertain the missing names based upon the available information. For those records where no
9   name information was available, JND therefore addressed the Class Member's Notice to
10  "Resident," as described in the November Keough Declaration, ¶ 15. No similar edited version of
11  Postcard B was necessary because there was no overlap between the "Resident" population and
12  the Walgreens Edison Subclass, *i.e.*, a name was available in the Class List for all members of the
13  Walgreens Edison Subclass. The edited version of Postcard A advised these Class Members that
14  they must take action to update their name in order to receive a payment, and instructed the
15  recipients to provide their Notice ID, date of birth, and full name to JND by mail or email, or
16  through a dedicated portal on the Settlement Website.

17       23.   To date, JND has received 399 submissions of name information associated with Notices
18  addressed to "Resident." For verification purposes, JND compared the date of birth submitted to
19  the date of birth associated with the address to which the "Resident" notice was delivered. 231 of
20  the submissions were verified.

21       24.   For the rest of the "Resident" notice recipients, in the event that JND does not receive
22  verifiable name information for the 18,595 individuals in the "Resident" population for whom no
23  verified name information has been provided, a total of $1,445,134.04 in Settlement Payments
24  could not be issued or negotiated. Pursuant to the Plan of Allocation, this amount would be
25  included in "Residual Funds" to be distributed one year after the original Payment Date to those
26  Class Members who cashed their initial settlement checks, *pro rata* based on the amount of their
27  initial payment checks. JND recommends that the Parties provide the "Resident" population with
28  additional time to provide their updated name information by continuing to accept updated name

information throughout the one-year period before the Residual Funds can be calculated. JND further recommends that the Parties send a second postcard to the addresses associated with the "Resident" population to encourage them, again, to submit their name information necessary to receive their payments. JND estimates that the administrative costs of implementing these additional measures would be approximately $15,000.

**ESTIMATED SETTLEMENT PAYMENTS**

25. As previously reported to the Court (Dkt. 598-6), the Plan of Allocation provides that the Class Member Payment to be issued within 30 days of the Effective Date shall be calculated as: (a) $10 (the "Base Payment"); plus (b) two times the amount of the Class Member's Theranos Testing Costs, minus the amount of any negotiated refund checks for that Class Member from the 2017 AZ AG settlement as reflected in the Class Data List. The Theranos Testing Costs for individuals for whom no payment information was available on the Class List were calculated as the average Theranos Testing Cost based upon the other available data. The Walgreens Edison Subclass Member Payment Amount is $1,000 for each Walgreens Edison Subclass Member. These amounts (other than the $10 base payment portion) are subject to a higher or lower *pro rata* adjustment depending on the funds available for distribution ("Net Settlement Fund").

26. Based upon a Class size of 198,982, the "Payment Sum"—*i.e.*, the sum of all Base Payments ($1,989,820), all Unadjusted Class Member Payments (*i.e.*, two times all Theranos Testing Costs, $23,875,722.70), and all Walgreens Edison Subclass Member Payments ($7,866,000), minus the amount of negotiated AZ AG refunds ($3,337,199.32)—is $30,394,343.38.

27. Assuming the total Net Settlement Fund available for distribution to the Class is $30,400,183.68 (calculated as the total amount of the Settlements, minus Administrative Costs and the requested amounts of attorneys' fees, costs, and service awards), the ratio of the Net Settlement Fund to the Payment Sum would be 1.000184, meaning there would be a slight positive *pro rata* adjustment to the above payment figures (other than the Base Payments which are not subject to adjustment) due to the funds available for distribution exceeding the amount of all Class Member payments.

28. With this ratio, the Class Member Payments, for each Class Member will be calculated pursuant to the following formula $10 + ((1.000184 * (2 * \text{Theranos Testing Costs})) - \text{Negotiated AZ AG Refund Amount})$.

29. The average Class Member Payment for a Class size of 198,982 based upon the formula above would be $113.24.

30. With the above ratio, the Walgreens Edison Subclass Member Payment, which is in addition to a particular Class Members' Class Member Payment, will be $1000.18, calculated as $1,000*1.000184.

31. It should be noted that the above ratio and ultimate payment amounts may change slightly to the extent JND is able to verify class membership for any individuals requesting inclusion. Until the January 8, 2024 deadline visitors to the Website who did not receive a notice, but who believe they are Class Members, were able to provide JND with their contact information, including their DOB, so that JND can determine whether they are included within the Class Data List. JND received 1,597 inclusion requests. Of those, 164 were already on the Class List. For the rest, JND was unable to verify the remaining 1,433 requests for inclusion based solely upon data in the Class List, and is reaching out to request proof from these individuals that they were Theranos testing customers. To the extent JND is able to verify that any of these individuals should be included as additional Class Members, they will be included, which may very slightly change the above estimated payment amounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January, 2024 at Seattle, Washington.

*/s/ Jennifer M. Keough*

Jennifer Keough