Mark D. Samson, Bar No. 011076
Ron Kilgard, Bar No. 005902
Alison E. Chase, Bar No. 028987
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
msamson@kellerrohrback.com
rkilgard@kellerrohrback.com
achase@kellerrohrback.com

Michael W. Sobol (*Pro Hac Vice*)
Roger N. Heller (*Pro Hac Vice*)
Melissa Gardner (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
rheller@lchb.com
mgardner@lchb.com

*Co-Lead Class Counsel*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Arizona THERANOS, INC. Litigation | **No. 2:16-cv-2138- DGC**<br><br>(Consolidated with)<br>No. 2:16-cv-2373- HRH<br>No. 2:16-cv-2660- HRH<br>No. 2:16-cv-2775- DGC<br>             -and-<br>No. 2:16-cv-3599- DGC<br><br>**PLAINTIFFS' UPDATE REGARDING REQUEST FOR INCLUSION [ECF NO. 622]** |

2998102.1

Plaintiffs respectfully submit this update regarding the March 25, 2024 submission of Carlton X. Mathews requesting inclusion as a member of the Class (ECF No. 622).

The deadline for potential class members to request inclusion in the Class was January 8, 2024, approximately 2.5 months prior to the date of Mr. Mathews's filing. *See* Dkt. 611-9 (Keough Decl. re Notice Administration) ¶ 21. However, in response to Mr. Matthews' submission requesting inclusion, Class Counsel directed the Settlement Administrator to follow up to determine whether Mr. Mathews is a class member. Based on information provided in Mr. Mathews's submission and other publicly verifiable information (including his name, known aliases, and known addresses[1]), the Settlement Administrator first determined that Mr. Mathews was not identified as a class member in the class database. Next, on April 2, 2024, the Settlement Administrator sent Mr. Mathews a letter seeking further information to substantiate his potential claim—including, for example, a description of the Theranos blood testing services he received, when he believes he received those services, and where he received those services. A copy of that letter is attached hereto as Exhibit A.

Mr. Mathews sent a response to the Settlement Administrator in a letter postmarked on April 11, 2024, a copy of which is attached hereto as Exhibit B. Mr. Mathews's response did not include information that verified his claim. Accordingly, the Settlement Administrator determined that it could not conclude Mr. Mathews is a member entitled to payment from the Settlement Fund. On May 14, 2024, the Settlement Administrator notified Mr. Mathews by letter of this determination, which is attached hereto as Exhibit C.

---

[1] The Settlement Administrator did not identify any potential addresses for Mr. Mathews located in Arizona or California.

| | | |
|---|---|---|
| 1 | Dated: May 15, 2024 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |

By: */s/ Roger Heller*
Michael W. Sobol (*Pro Hac Vice*)
Roger N. Heller (*Pro Hac Vice*)
Melissa Gardner (*Pro Hac Vice*)
Michael K. Sheen (*Pro Hac Vice*)
John D. Maher (*Pro Hac Vice*)
Amelia A. Haselkorn (*Pro Hac Vice*)
275 Battery St, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: msobol@lchb.com
Email: rheller@lchb.com
Email: mgardner@lchb.com
Email: msheen@lchb.com
Email: jmaher@lchb.com
Email: ahaselkorn@lchb.com

Mark D. Samson, Bar No. 011076
Ron Kilgard, Bar No. 005902
Alison E. Chase, Bar No. 028987
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: msamson@kellerrohrback.com
Email: rkilgard@kellerrohrback.com
Email: achase@kellerrohrback.com

Lynn Lincoln Sarko, Bar No. 35345 (*Pro Hac Vice*)
Gretchen Freeman Cappio (*Pro Hac Vice*)
Benjamin B. Gould (*Pro Hac Vice*)
Sydney Read (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 3rd Ave., Ste. 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: bgould@kellerrohrback.com
Email: sread@kellerrohrback.com

*Co-Lead Class Counsel*

2998102.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Roger Heller*