# EXHIBIT A

*In re Arizona Theranos Inc. Litigation*
c/o JND Legal Administration
PO Box 91214
Seattle, WA 98111

Carlton X. Mathews, DC# J27519
Santa Rosa C.I.
5850 East Milton Road
Milton, FL 32583
US

**Re:  In re Arizona Theranos, Inc. Litigation, No. 2:16-cv-02138-DGC (D. Ariz.)**

**April 2, 2024**

Dear Mr. Mathews:

We have received and reviewed your recent submission to the Court (your "Supplemental Complaint") requesting to be included in the Class. Based on our records and the information provided in your Supplemental Complaint, we are unable to confirm that you are included in the Class.

The Class includes all purchasers of Theranos testing services, including consumers who paid out-of-pocket, through health insurance, or through any other collateral source (collectively, "purchasers") between November 2013 and June 2016.[1]

In order for us to evaluate your request for inclusion, we ask that you provide documentation of any Theranos blood testing services you received between November 2013 and June 2016. If you are unable to provide documentation, please provide a signed, written statement describing
   (1)  the Theranos blood testing services you received,
   (2)  when you believe you received those services,
   (3)  where you received those services, and
   (4)  any other information you have regarding those services (such as the name of any referring physician).

Additionally, to further assist us in identifying whether you are included within the Class, please provide us with any former address(es) you used between November 2013 and June 2016, and any alternate names you used between November 2013 and June 2016.

Please provide your response, including all required information and documentation, postmarked and mailed to the following address within <u>30 days</u> of the date of this letter.

In re Arizona Theranos, Inc., Litigation
c/o JND Legal Administration
P.O. Box 91214
Seattle, WA 98111

Regards,

*In re Arizona Theranos, Inc.* Settlement Administrator
www.TheranosLawsuit.com
1-866-615-0978

---

[1] The following are excluded from the Class and Subclasses: (i) Walgreens and its officers, directors, management, employees, subsidiaries, and affiliates; (ii) the judges in this case and members of their immediate families; and (iii) persons who timely and properly opted out pursuant to Federal Rule of Civil Procedure 23(c)(2)(B).