# EXHIBIT B

APR 2 3 2024

CARLTON MATHEWS
DC# J27519
Santa Rosa C.I.
5050 E. Milton Rd
Milton, FL 32583

April 10, 2024

Dear In re Ari Theranos Ins

I have submitted written statement. See attachement. I will request to be included as a class member.

Case 2:16-cv-02138-DGC    Document 623-2    Filed 05/15/24    Page 3 of 4

Carlton X. Mathews
DC # J27519
5850 East Milton Rd
Milton, FL 32583

Re: In re Arizona Theranos, Inc
Litigation, NO.: 2:16-CV-02138-DGC(D.Ariz)

April 10, 2024

## WRITTEN STATEMENT

1) I went to the place and I was tested for Theranos.

2) I received service between July 14 - 18, 2014.

3) The place was located in a building (with other building surrounding it), but I don't know the name of the place because their was no sign.

/S/ Carlton Mathews



Carlton X. Matheus D# J01159
Santa Rosa Correction Institution
5850 East Milton Rd
Milton FL 32583

APR 2 3 2024

In re Arizona Theranos, Inc., Litigation
c/o JND Legal Administration
P.O. Box 91214
Seattle, WA 98111



MAILED FROM A STATE CORRECTIONAL INSTITUTION

APR 11 2024

US POSTAGE PITNEY BOWES
ZIP 32583
02 4W
0000368416 APR 11 2024
$ 000.00