# EXHIBIT C

*In re Arizona Theranos Inc. Litigation*
c/o JND Legal Administration
PO Box 91214
Seattle, WA 98111

Carlton X. Mathews, DC# J27519
Santa Rosa C.I.
5850 East Milton Road
Milton, FL 32583
US

**Re: In re Arizona Theranos, Inc. Litigation, No. 2:16-cv-02138-DGC (D. Ariz.)**

**May 14, 2024**

Dear Mr. Mathews:

We have received and reviewed your April 23rd response to our request for additional information. Based on the information you provided, we cannot conclude that you are a member of the Class and therefore have determined you are ineligible to receive a payment under the Settlements.

Regards,

*In re Arizona Theranos, Inc.* Settlement Administrator
www.TheranosLawsuit.com
1-866-615-0978